KARIN G. PAGNANELLI (174763)
kgp@msk.com
MARC E. MAYER (190969)
mem@msk.com
GILBERT LEE (267247)
gsl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants ACTIVISION
BLIZZARD, ACTIVISION PUBLISHING,
VOYETRA TURTLE BEACH, INC., PENGUIN
GROUP (USA), INC., and MICROSOFT
CORPORATION and Counterclaimant
ACTIVISION PUBLISHING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVALOGIC, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ACTIVISION BLIZZARD, a Delaware corporation; ACTIVISION PUBLISHING, a Delaware corporation; VOYETRA TURTLE BEACH, INC., a New York corporation; PENGUIN GROUP (USA), INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; and DOES 1 through 10,<br><br>          Defendants. | CASE NO. CV12-04011 JFW (SHx)<br><br>Honorable John F. Walter<br><br>**DECLARATION OF CHRISTOPHER BUTLER IN SUPPORT OF MOTION OF ACTIVISION BLIZZARD, INC., ACTIVISION PUBLISHING, INC., AND PENGUIN GROUP (USA), INC. FOR PARTIAL SUMMARY JUDGMENT** |
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>          Counterclaimant,<br><br>     v.<br><br>NOVALOGIC, INC., a California corporation,<br><br>          Counterclaim Defendant. | **DATE:** April 15, 2013<br>**TIME:** 1:30 p.m.<br>**CTRM.:** 16 |

Mitchell
Silberberg &
Knupp LLP

5189690.1

1    I, Christopher Butler, declare as follows:

2

3    1.    1 am the Office Manager at the Internet Archive, located in San

4    Francisco, California.  I have personal knowledge of the following facts and, if

5    called, as a witness, could and would competently testify thereto.

6    2.    The Internet Archive is a website that provides access to a digital

7    library of Internet sites and other cultural artifacts in digital form.  Like a paper

8    library, we provide free access to researchers, historians, scholars, and the general

9    public.  The Internet Archive has partnered with and receives support from various

10   institutions, including the Library of Congress.

11   3.    The Internet Archive has created a service known as the Wayback

12   Machine.  The Wayback Machine makes it possible to surf more than 240 billion

13   pages stored in the Internet Archive's web archive.  Visitors to the Wayback

14   Machine can search archives by URL (i.e., a website address).  If archived records

15   for a URL are available, the visitor will be presented with a list of available dates.

16   The visitor may select one of those dates, and then begin surfing on an archived

17   version of the Web.  The links on the archived files, when served by the Wayback

18   Machine, point to other archived files (whether HTML pages or images).  If a

19   visitor clicks on a link on an archived page, the Wayback Machine will serve the

20   archived file with the closest available date to the page upon which the link

21   appeared and was clicked.

22   4.    The archived data made viewable and browseable by the Wayback

23   Machine is compiled using software programs known as crawlers, which surf the

24   Web and automatically store copies of web files, preserving these files as they

25   exist at the point of time of capture.

26   5.    The Internet Archive assigns a URL on its site to the archived files in

27   the format http://web.archive.org/web/Year in yyyy] [Month in mm] [Day in

28   dd][Time code in hh:mm:ss]/[Archived URL].  Thus, the Internet Archive URL

1

1  http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the

2  URL for the record of the Internet Archive home page HTML file

3  (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28

4  seconds (1997/01/26 at 04:58:28).  A web browser may be set such that a printout

5  from it will display the URL of a web page in the printout's footer.  The date

6  assigned by the Internet Archive applies to the HTML file but not to image files

7  linked therein.  Thus images that appear on a page may not have been archived on

8  the same date as the HTML file.  Likewise, if a website is designed with "frames,"

9  the date assigned by the Internet Archive applies to the frameset as a whole, and

10  not the individual pages within each frame.

11        6.      Attached hereto as Exhibit 1 are true and accurate copies of printouts

12  of the Internet Archive's records of the HTML files for the URLs and the dates

13  specified in the footer of the printout.

14

15        I declare under penalty of perjury under the laws of the United States of

16  America that the foregoing is true and correct.

17

18        Executed on this 12th day of March, 2013 at San Francisco, California.

19

20                                        Christopher Butler

21

22

23

24

25

26

27

28

2

# Exhibit 1

# ERIC L. HANEY



**COMMAND SERGEANT MAJOR, USA** (RETIRED)

*NON-STOP, PAGE TURNING DRAMA...IF HANEY IS THE MEASURE BY WHICH SPECIAL FORCES' STANDARDS ARE MET, WE WILL ALWAYS HAVE **THE ADVANTAGE IN THE WAR AGAINST TERRORISM.***
—USA TODAY, 2002

| ✶ ✶ ✶ ✶ ✶ ✶ ✶ | HOME | BIOGRAPHY | GALLERY ✶ ✶ ✶ ✶ |
| NEWS | INSIDE DELTA FORCE | MORE ▸ | READ ERIC'S BLOG |
| THE UNIT/CBS | FORUM | MEDIA/LINKS | READ THE BOOK |

## ERIC L. HANEY

Welcome to Eric Haney's new website. We will be updating the site as often as possible. Stay tuned.

For more than twenty years, Command Sergeant Major (retired) Eric L. Haney served in the United States Army's most demanding combat units: As a Combat Infantryman, as a Ranger, and ultimately, as a founding member and eight-year veteran of the Army' super secret counter-terrorism arm, Delta Force.

*Inside Delta Force* is Eric Haney's story.

And THE UNIT, which airs each Tuesday CBS at 9 p.m., is that story brought to life by some of the finest actors and craftsman working today.



ERIC L. HANEY
*PHOTO BY JIM STAWNIAK*

http://web.archive.org/web/20060603075352/http://www.erichaney.com/



**OVERVIEW**   FEATURES   SCREENSHOTS   REVIEWS   DOWNLOADS   **UPDATES**   MULTIPLAYER   DEVELOPMENT

### What is Delta Force?

Delta Force was created in 1979, modeled after the British Special Air Service (SAS). The goal of this highly secretive unit was to serve as an overseas Commando and Counter-Terrorist unit which specialized in Hostage rescue, barricade operations and the nation's most sensitive military operations. Members of the unit are said to be the world's best specialists in Close Quarters Battle (CQB). The recruits for Delta Force consisted mainly of volunteers from other elite military branches, such as the 82nd Airborne, the Special Force's Green Berets and the Army's Rangers. The exact composition and strength of Delta Force are closely guarded secrets.

### Characters


1LT Kevin Polidaris
Sqd Position: Squad Commander
Preferred Loadout:
M4+M203 / Specops .45
2 Claymores


SSG Jack Withers
Sqd Position: Squad Leader
Preferred Loadout:
M40+M4 / Specops.45
2 Claymores


Sgt William Jackson
Sqd Position: Heavy Support
Preferred Loadout:
SAW249 / Specops .45
2 LAWs


Cpl Michael Yeo
Sqd Position: Machinegunner
Preferred Loadout:
SAW 249 w/ double ammo load
Specops .45


Cpl Manuel Barracas
Sqd Position: Demolitionist
Preferred Loadout:
M4+M203 / Specops .45
2 Satchel charges


Sp4 Antonio Guerrera
Sqd Position: Rifleman
Preferred Loadout:
M4+M203 / Specops .45
2 Claymores


Sp4 Tracy Hiroto
Sqd Position: Rifleman/Medic
Preferred Loadout:
M4+M203 / Specops .45
2 Claymores


Sp4 Terrence Williams
Sqd Position: Sniper
Preferred Loadout:
Barrett .50 cal w/ X2 ammo load
Specops.45


Pv2 Tony Chan
Sqd Position: Scout / F.O.
Preferred Loadout:
M4+M203 / Specops .45
Laser Designator


Pv2 Grace Cheets
Sqd Position: Rifleman/RTO
Preferred Loadout:
M4+M203 / Specops .45
Double Ammo Load


Pv2 Jenna Gale
Sqd Position: Sniper
Preferred Loadout:
M40+M4 / HS22 Pistol
2 Claymores

### Weapons

#### Primary Weapons


**Barrett Light .50 caliber Sniper Rifle**
Magazine: 8 round
Effective Range: 1500 meters
Accessories: 8x Scope

The Barrett .50 ` Light Fifty' model 82A1 is a long-range hard target interdiction weapon. The gun operates on short recoil principles, where the barrel is fitted with a high-efficiency muzzle brake to reduce recoil.
An adjustable self leveling bipod aids the sniper in aiming this high powered rifle.


**M249 Squad Automatic Weapon**
Magazine: 200 rounds per box
Effective Range: 500 meters

This hand-held portable machine gun delivers a massive amount of firepower to support infantry squad operations. Its pre-loaded plastic magazine houses 200 rounds of M855 improved NATO Standard SS 109 type 5.56mm ammunition. The M249 replaces the aging Browning Automatic Rifle and defines a new class of one-man weapons.

**M4 5.56mm Carbine Assault Rifle**
Magazine: 30 round
Effective Range: 500 meters
Accessories: 4x Scope

Lightweight and accurate, the M4 is used for close quarter combat just like its larger cousin the M16. In addition, an attached M68 reflex sight allows for effective lethal fire at a range up to 500 meters. The M4 is gas operated, air cooled and highly reliable in field use. A single shot M203 Grenade Launcher is fitted to the M4 to deliver low velocity 40 mm explosive ammunition. The rifle/grenade launcher marriage replaces the need for single purpose weapons such as the M79 grenade launcher.

http://web.archive.org/web/20010208113814/http://www.novalogic.com/games/deltaforce/overview.html



**M40A1 Sniper Rifle**
Magazine: 5 round
Effective Range: 800 meters
Accessories: 8x Scope

Based on the Remington model 700, this 7.62mm rifle is optimized for pinpoint accuracy. Hand-made by specialists at Quantico, the M40A1 is renown for its competition-grade stainless steel barrel, reinforced fiberglass stock and Unertl sniper scope. The M40A1 is the preferred sniping rifle among U.S. Marines.

**Heckler & Koch 9mm MP5 SD Submachine Gun**
Magazine: 30 round
Effective Range: 100 meters
Accessories: integral suppressor

A deadly combination, the H&K MP5 SD is both silent and accurate. Built with the special H&K roller-locked bolt system, this submachine gun is capable of single-shot, controlled burst and automatic firing. Coated with magnetically charged black lacquer paint, the MP5 is extremely resistant to harsh conditions such as salt water corrosion. The free floating cold hammer-forged barrel and ambidextrous pistol grip make this weapon unique in its class.

## Side Arms

**Special Operations .45 Pistol**
Magazine: 7 round
Effective Range: 50 meters

For many decades, the Colt M1911A1 .45 had been the standard handgun issued to Marines and Special Operations. With more stopping power than a 9mm, the M1911A1 is the handgun by which all others U.S. pistols are judged. Respected for its field reliability, the single action .45's outstanding characteristics include competition grade ambidextrous safety, precision barrel, precise trigger, rubber coated grips, high profile combat sights, rounded hammer spur, and an extra-wide grip safety for increased controllability. Each M1911A1 is hand-built by specialists at the Rifle Team Equipment shop in Quantico, Virginia.

**High Standard .22 Pistol**
Magazine: 9 round
Effective Range: 50 meters
Accessories: integral suppressor

The High Standard 22 caliber Target Pistol defines superior accuracy in handguns. The pistol has a durable parkerized finish and has black epoxy-finished wood ambidextrous grips. An integral suppressor makes the .22 a virtually silent weapon.

## Secondary Weapons

**2 LAWs**
Effective Range: 400 meters

The M-72 Light Antitank Weapon fires a single 66mm explosive round capable of penetrating at least 350mm of armor. When the round impacts on its target, the front cone collapses and pushes the energy into a small area. A copper slug ricochets around the interior of the target, while gas propellant ignites fuel and ammunition. The high strength aluminum/ fiberglass composite tube is considered disposable after the rocket has been launched.

**2 M18 Claymores**
with motion sensors and "clacker" (remote firing device)

The M18 Claymore was developed during the Korean War to counteract massive infantry charges by the Chinese. The anti-personnel mine is made up of a curved plate that contains 700 ball bearings packed in front of a sheet of C4 plastic explosive. Directional fragmentation mines are fixed into trees or planted on the ground with the convex side facing the enemy (clearly marked, "FRONT TOWARD ENEMY"). When activated remotely by an M57 remote firing device, or "clacker", it explodes the ball bearings up to 50 meters in a 60 degree arc.

**2 Satchel charges**
With radio detonator

Packed with high explosive charges, the army issue satchel is a quick and compact way of taking out enemy installations. After placing the package, Delta Operatives will move to a safe range and detonate it with a radio signal.

©Copyright 2001 NovaLogic, Inc.

http://web.archive.org/web/20010208113814/http://www.novalogic.com/games/deltaforce/overview.html

Press Releases

Contact:
Dorothy Peters    dpeters@novalogic.com
Karly Young    kyoung@novalogic.com

NovaLogic, Inc.
Tel:  818-880-4997
Fax:  818-880-3450

<div align="center">

NOVALOGIC'S DELTA FORCE ACTION GAME
BRINGS THE TERROR OF MAN-TO-MAN WARFARE TO THE PC

</div>

CALABASAS, CA – (October 15, 1998) – NovaLogic announced today the eagerly anticipated release of Delta Force™, a first/third person action game which lets players sneak up on or shoot down the enemy across miles of diverse outdoor environments with a complete arsenal of weapons at their disposal.  In Delta Force, players can tackle more than 40 adrenaline-pumping missions which are based on those of the real U.S. Army Delta Force.  NovaLogic's first offering in the action shooter category also lets players pit their skills against more than 30 human opponents in NovaWorld™, the company's large-scale, online game service.

Delta Force allows players to conduct their missions in extremely detailed terrain with the ability to see and shoot an enemy miles away in every direction, unlike most other action games which usually provide visibility of only a few hundred feet.  Players will be able to navigate through miles of diverse regions including snowy mountain ranges, barren deserts, and tropical forests with lakes and rivers.

The launch of Delta Force debuts the company's Voxel Space( 3 graphics terrain with 32-bit true color support (65 million colors) and 800 x 600 resolution (with Pentium II).  Voxel Space 3, the next generation of NovaLogic's patented 3D graphics rendering technology, makes it possible for players to take advantage of their environment when plotting their tactics – something which is not possible with an ordinary polygon engine.  For example, players can camouflage themselves in the grass while stealthily crawling up on the enemy, or they can strategically position themselves in  between trees and cliffs to take aim with a sniper rifle.

Delta Force players can utilize binoculars or sniper scopes to scan the horizon for enemies.  The scope view is displayed on the screen alongside the long distance view, so the player can keep track of his immediate environment while plotting his next move.  The player can select from a variety of different weapons to take on a mission.  For example, an M40A1 Sniper Rifle would be an ideal way to take out an opponent nearly a mile away.  Or a player can perform silent kills with a variety of sound suppressed weapons.

In the new action game, players face quick life and death decisions when they take on real-world style Delta Force missions.  These include eliminating biological/chemical weapons threats,  stealing enemy intelligence, and capturing airfields used for drug trafficking among other missions.

For example, a player must combine quick thinking with stealth and agility when he undertakes a hostage rescue mission.  In this highly sensitive situation, a player will probably want to sneak into the enemy camp with a quiet gun, such as a suppressed Heckler & Koch 9 mm MP5 submachine gun (favored by Special Forces all over the world).  The player can either use this quiet weapon to silence the guard or draw upon his Delta Force training and use Close Quarter Battle (CQB) techniques such as the fatal kidney stab to take down an adversary.

"Knifing enemies is particularly rewarding, because it provides you with the satisfaction of a stealthy kill and a higher score," said Wes Eckhart, producer of Delta Force.  "The product testers have a popular phrase:  'You haven't lived until you've knifed someone over the Internet.'"

The product's Internet gameplay includes four types of combat: Cooperative, Deathmatch, King of the Hill and Capture the Flag.  With King of the Hill and Capture the Flag, players have the option of playing against each other in teams.

3D positional sound in Delta Force increases a player's situational awareness, adding to the game's realism.  The game incorporates real-time Dolby (R) Pro Logic for superior sound quality.  The 3D positional sound forces the player to rely on listening for cues while conducting a mission.  The player will be able to hear footsteps as an enemy tries to sneak up on him, and will know when he has had a close call from the sound of a bullet whizzing by his head or hitting something nearby.  The player can also determine the source of the shooting and hear the accurately depicted sounds of weapons being fired.

To help gamers experience some true characteristics of a Delta Force soldier, NovaLogic's programmers worked closely with Jeff Beatty, former Delta Force Assault Troop Commander and military technical advisor to the game.  Beatty provided input as to the types of missions assigned to a Delta Force officer, the best weapons to use in different situations and CQB techniques to use in one-on-one battles.  He also gave counsel and insight on an adversary's possible responses to certain battle tactics and strategies, which the Delta Force development team was able to incorporate into the game's enemy AI.

System Requirements for Delta Force are Windows( 95, 98 or NT; minimum CPU of a Pentium 166 MMX required (Pentium II recommended); 32 Mb of memory; quad speed CD-ROM; and a Windows 95/98 NT compatible SVGA card.

Founded in 1985, NovaLogic, Inc. is a leading developer and publisher of interactive entertainment software for the PC.  NovaLogic just released F-16 Multirole Fighter™ and
MiG 29 Fulcrum™ at the end of September 1998.  The two products launched the Integrated Battle Space (IBS), the first online arena where more than 120 players can compete with multiple products.  NovaLogic released Comanche( Gold in May; the game features an enhanced version of 1997's number one selling military simulation Comanche 3 and many new options such as a mission design tool.  NovaLogic's headquarters are located in Calabasas, CA with a branch office  in London, England.

Key features in the game include:

* Over 40 stand alone single-player missions

http://web.archive.org/web/20001020002857/http://www.novalogic.com/Company/news/pr/pr10-15-98/pr10-15-98.html

\* Free large-scale Internet play via NovaWorld with more than 30 players per game

\* Diverse range of outdoor environments with Voxel Space ( 3 graphics terrain

\* Rich 3D positional sounds

\* Full range of human movements

Editors note: This news release along with other product information, screen shots and demos are available at www.novalogic.com.

Moving Defs.' Summary Judgment Ex. 1
PAGE 7

Press Releases

**FOR IMMEDIATE RELEASE**

Contact:
pr@novalogic.com
NovaLogic, Inc.
Tel:  818-880-4997/Fax:  818-880-3450

### NOVALOGIC'S *DELTA FORCE* ACTION PC GAME
### SHATTERS THE DISTANCE BARRIER

**CALABASAS, CA --** (May 28, 1998) - For the first time in a commando-style PC action title, gamers can see and engage the enemy beyond the 75-pace viewing limitations found in most competing products.  Available this October, NovaLogic's *Delta Force* à, a first and third person ground-based game, allows players to avoid a land mine only a few feet in front of them or obliterate the enemy miles away.

Featuring a real world, expansive, outdoor environment, the new product is based on the profile and activities of Delta Force -- the United States Army's top secret special forces unit as gamers tackle the more than 40 single and cooperative player missions that were created with the assistance of a former Delta Force Operations Officer.

With *Delta Force's* large-scale multi-player capabilities via *NovaWorld*, NovaLogic's free online gaming environment, players can compete or cooperate with many other gamers based all over the world in intense, ground-based battles.

The new game includes military simulation features so players will feel as if they are actual members of Delta Force.  As gamers tackle the more than 40 single and cooperative player missions that were created with the assistance of a former Delta Force Operations Officer, they can employ authentic special forces weaponry, such as the M40A1 Sniper Rifle, the M249 SAW and the Barret Light .50 caliber.  For maximum realism, the ballistics of each weapon have been accurately and individually modeled.  Gamers can also choose between the gun's sniper scope or binoculars to locate and neutralize opponents.

*Delta Force* also incorporates the first release of the company's Voxel Spaceâ 3 terrain imaging system.  Unlike competing products where visibility is limited to a few hundred feet, Voxel Space 3 technology enables *Delta Force* to deliver action in true-color environment at great distances.  With the 1024 x 768 resolution, close-up terrains have never looked better.

"*Delta Force* delivers a first in gaming experiences," said John Garcia, President and CEO of NovaLogic.  "We've combined 32-bit color, huge outdoor environments and military simulation features with action game flair.  With 'Raptor-like' large-scale Internet multi-player capabilities *Delta Force* raises the hurdle in the action category."

The product's Internet gameplay includes three types of combat: Deathmatch, Team, and Capture-the-Flag.  Deathmatch is a kill-or-be-killed mode where every soldier encountered in the environment is an enemy.  In Team mode, players are assigned to squads and must defend their unit while accomplishing the mission objectives.  The Capture-the-Flag mode is similar to the popular outdoor sport paintball.  Just as in real outdoor paintball games, players, assembled in teams, must guard their base's flag while other teammates sneak over to the enemy's camp to steal the opponent's banner.  The winner is the team that captures the flag and returns it to their base camp without getting killed.

Gamers can navigate through hundreds of miles of different outdoor terrains including frigid, snowy mountain ranges; long, dry, barren deserts; and treacherous forests with deep lakes and rivers, all with the Lockdown Map.  The map can be overlayed on the screen and shows where the player and his opponents are located.  The Lockdown Map will prove very useful as gamers, working in two-man sniper teams or large assault squads, conduct surprise attacks on enemy installations, including enemy bases, airfields and power stations.

Adding to the realism is the in-game directional sound, including actual weapons being fired and other in-battle sound cues.  For superior sound quality, all in-game audio is real-time Dolby Pro Logic.  With the motion-captured video of the game's troopers, *Delta Force* also realistically showcases the physicality of ground-based warfare.

System Requirements for *Delta Force* are Windows 95 or later; minimum CPU of a Pentium 166 MMX required; 16 Mb of memory; quad speed CD-ROM; and a Windows 95 compatible SVGA card.

Founded in 1985, NovaLogic, Inc. is a leading developer and publisher of interactive entertainment software for PC CD-ROMs.  NovaLogic just released  *Comancheâ Gold*, which features an enhanced version of 1997's number one selling military simulation *Comanche 3* and many new options such as a mission design tool.  The company also introduced the "Lockheed Martin Fighter Series" brand with the availability of *F-22 Raptor* which hit store shelves in December 1997.  NovaLogic is headquartered in Calabasas, CA with offices in London, England.

http://web.archive.org/web/20000709220405/http://www.novalogic.com/Company/news/pr/pr3-7-98/pr3-7-98.html

©Copyright 1999 NovaLogic, Inc.

http://web.archive.org/web/20000709220405/http://www.novalogic.com/Company/news/pr/pr3-7-98/pr3-7-98.html

Moving Defs.' Summary Judgment Ex. 1
PAGE 9

PRESS

**FOR IMMEDIATE RELEASE**

Contact
**United States:** pr@novalogic.com
NovaLogic, Inc.
Tel: 818-880-4997
Fax: 818-880-3445

**Europe:** pr@novalogic.co.uk
NovaLogic, Ltd., UK
Tel: 011-44-207-324-8900
Fax: 011-44-207-324-8919

## DELTA FORCE TO INVADE THE PLAYSTATION®
### NovaLogic introduces the hit franchise Delta Force to the PlayStation® game console in 2002.

**CALABASAS, CA (October 26, 2001) -** In a move that marks a turning point in history for the company, computer games developer and publisher NovaLogic Inc. today announced that the world famous Delta Force franchise will be developed for the PlayStation by UK based developer Rebellion, and published worldwide by NovaLogic. Scheduled for a May 2002 release, Delta Force: Urban Warfare will also be the first title published by NovaLogic Inc. on the PlayStation.



Screenshots (6)

The Delta Force franchise set the standard in 1st person military action shooters when it was first released. Four years and three games later, the franchise has so far offered 2.6 million PC gamers globally the ultimate experience in military gaming.

"We decided it was time to bring this popular franchise to the console market, but it was just a question of fitting it into the development schedule," commented Georgina Petrie, Director of International Marketing at NovaLogic Inc. "We finally found the perfect development partner for this project in Rebellion, a much respected and extremely talented development house, and we are delighted to be working with them," she added.

The real Delta Force unit, on which the games franchise is based, was originally created in 1979 and modeled after the British Special Air Service (SAS). The goal of this highly secretive unit was to serve as an overseas commando and counter-terrorist unit which specialized in hostage rescue and the nation's most sensitive military operations. Members of the unit are said to be the world's best specialists in close quarter's battle (CQB). The recruits for Delta Force consist mainly of volunteers from other elite military branches, such as the 82nd Airborne, the Special Force's Green Berets and the Army's Rangers. The exact composition and strength of Delta Force are classified and guarded secrets.

"Delta Force is a hugely successful game series, from a highly respected company in NovaLogic." said Jason Kingsley, C.E.O. of Rebellion. "Rebellion is proud, and thrilled, to be involved in such an exciting project, and aims to bring its expert game design and technical skills to bear to make this a chart busting title."

Delta Force: Urban Warfare is being developed with a new and unique AI system for the PlayStation. As an action shooter it will offer gamers a squad of characters with special military abilities, a variety of fast paced, all new missions and hi tech weapons.

### About NovaLogic

NovaLogic Inc. is a developer and global publisher of computer and video games. Established in 1985, NovaLogic Inc. has its corporate headquarters in Calabasas, California, USA, with the European office, NovaLogic Ltd., based in London, UK. www.novalogic.com for more information.

### About Rebellion

'Super-developer' Rebellion® creates award-winning games for the PC, PlayStation® 2, PlayStation®, Xbox, Game Cube and Game Boy Advance. With a 10-year history, based in Oxford, UK, the company is also a founding member of TIGA (The Independent Games Developers Association), and also owns and publishes the UK's No.1 comic book 2000AD. www.rebellion.co.uk and www.2000adonline.com for more information.

*All trademarks are the property of their respective owners.*

### BACK TO TOP ###

©Copyright 2001 NovaLogic, Inc.    Use of Site | Privacy Policy

http://web.archive.org/web/20020203180450/http://novalogic.com/Company/pressreleases/pr_20011026.htm

Moving Defs.' Summary Judgment Ex. 1
PAGE 10



E3 1998 "Best of Show" All About Games Subscribe to our Newsletter

**Introducing Delta Force - a superior 3D commando-style action game with expansive, real-world, outdoor environments and U.S. Army Delta Force missions.**

Large-scale multi-player capabilities - over 30 players via NovaWorld, including Deathmatch, Cooperative and Capture-the-Flag! Play in expansive, real-world, outdoor environments!

---

**F-16 Viper®**
Able to pull nine G's and fly at more than Mach 2, the F-16 is effective at delivering a crippling ground strike while still maintaining air superiority.

**MiG-29 Fulcrum™**
Flying at more than two times the speed of sound the MiG-29 came out from behind the Iron Curtain and challenged the best technology of the West.

*Now for the first time, experience the ultimate threat -- human opponents flying MiG-29's, F-22's and F-16's all in the same combat arena. Introducing NovaLogic's Integrated Battle Space™ on novaworld.net.*

---

**Introducing Comanche Gold!**
Includes an enhanced version of the best-selling helicopter sim of 1997-- Comanche 3. Plus:

- New campaigns and missions
- Mission design tool
- Weather effects
- Bonus Campaign
- FREE Strategy Guide (limited time)
- FREE Internet gaming via novaworld.net

---



**Take to the Skies!**

The F-22 Raptor air dominance fighter—equipped to destroy the enemy in the sky and on the ground on the first day of war. Equally adept at destroying an enemy's desire to fight long before there is a war. Get ready to own the skies with F-22 Raptor, the next-generation of the best-selling fighter simulation, F-22 Lightning II®.

- Official Lockheed Martin Edition —Tested by actual F22 test pilots.
- Multiplayer gaming via novaworld.net - NovaLogic's internet gaming site.

Comanche Gold Updates Available!

Update your copy of F-22 Raptor...FREE!

Download the AF2 Update...FREE!

NOVAWORLD Premiere Gamesite!

http://web.archive.org/web/19980611184139/http://www.novalogic.com/body_index.html

boxa_tab0

DF_boxsm

dfbanner

[Game info]   [Reviews]   [Screenshots]   [Requirements]   [Features]   [Update]
[Behind-the-Scenes]   [Delta Force squads]   [Tournaments]   [FAQ]   [Home]   [Demo]

## FREQUENTLY ASKED QUESTIONS

**Q: What is Delta Force**

A: Delta Force is a 1st and 3rd person action game based on the U.S. Army's elite Special Forces unit—Delta Force. As a Delta Force operative, the player and a group of 2-3 computer controlled AI counterparts will need to covertly infiltrate an area and avoid contact with enemy patrols to accomplish an objective then exfiltrate without being killed. Players can call in artillery support in selected missions for assistance.

Over the course of executing land and water missions, players will set up ambushes with mines and anti-tank weapons; take out enemy targets a kilometer away with the .50 cal sniper rifle; and sneak up behind guards and go for the silent kill. Sniper teams may provide support on a given mission to protect you from a standoff distance.

**Q: When will Delta Force be available?**

A: Delta Force will be available in N. America, October 1998.

**Q: How does Delta Force differ from other commando-style action games?**

A: VIEWING DISTANCE- In most 3D commando-style action games the player can only see approximately 75 paces (a couple of hundred feet) in front of them. In Delta Force, the player can see and engage targets a kilometer away and more. Delta Force has miles and miles of vast outdoor environments.

MISSION PROFILES- In most 3D commando-style action games, players run through each level (mission) killing everything in their path while collecting "keys" to get to the next level. Delta Force missions are not dependent on killing everything on your screen. Each mission has an objective that must be met. For example, an objective might be to blow up generators, rescue a prisoner or retrieve a stolen object, to name a few. How the player completes the mission is up to them. They can do it by killing everything on their screen, or they can do it by sneaking around and avoiding the bad guys. The game will support both styles of play. The missions are based on Delta Force type missions, and the weapons are based on the weapons Delta Force officers use. Weapons have ACCURATE BALLISTICS, e.g. when a weapon fires, the bullets will fall off at long distances, just like actual bullets do.

FIRING MECHANISM - There will be a scope in the game that allows the player to zoom into the cross hairs. The computer does not auto-aim for the player.

3D POSITIONAL SOUND - The sounds in Delta Force actually emanate from their source. Most games rely upon looping audio in which the sound does not relate to any action or place in the game. Not so with Delta Force. For example, in your environment, you will hear birds chirping from nearby trees; bridges and platforms creaking from your weight as you walk; enemy footsteps and shots firing. Playing while wearing headphones really lets you take advantage of this feature.

**Q: What are the multi-player capabilities in Delta Force?**

A: On Novaworld, players will be able to join in games with over 30 people. The multiplayer games there include Deathmatch, Team Deathmatch, Capture the Flag and King of the Hill. In Deathmatch, it's kill or be killed, where everyone encountered is the enemy. Team Deathmatch puts you and your squadmates against another team in this environment. The Capture the Flag mode is similar to the popular outdoor sport paintball. Just as in real outdoor paintball games, players, assembled in teams, must guard their base's flag while other teammates sneak over to the enemy's camp to steal the opponent's banner. The winner is the team that captures all of the flags and returns to their base camp with them. In King of the Hill, a player or team must defend the designated hot zone for a set amount of time in order to win the game.

Players will also be able to host these games with up to 16 players over LAN/Internet. Cooperative play is also available via LAN/Internet, in which up to 8 players work as a team to complete single-player missions against the game's AI. 2-player games can also be played via modem and serial cable.

**Q: Are the Delta Force missions based on real-life situations?**

A: The Delta Force missions in the game will be based on the TYPES of missions real Delta Force operators would be employed to do. The missions in Delta Force are patterned after actual events. For instance, during Desert Storm

http://web.archive.org/web/19990508220724/http://www.novalogic.com/prd_/prd_delt/del_faqs/del_faqs.html

Moving Defs.' Summary Judgment Ex. 1
PAGE 13

Delta Force and SAS operators worked together to lase mobile SCUD sites on the ground for remote destruction. There will be a mission in the game where the player must laser designate mobile SCUD sites, but it may not take place in the desert. It may take place in jungle or snow.

Other TYPES of missions are hostage rescues, airfield takedowns (capturing the airfield for later use), destruction of key logistical targets (destroying power generators, radar sites, communication centers, etc.), capturing enemy commanders, base raids, sabotage (plant explosive charges on buildings, ground vehicles, aircraft, etc).

**Q:  It seems as if I've cleared the area of all enemy units, but the mission hasn't ended.  Is there another area to clear?**

A: Hit the F10 key to pull up the GPS map and see if there are any enemy units left.  They may be hiding in buildings or tents where you cannot see them.

**Q:  How many and what types of weapons will the Delta Force operative carry?**

A:  Each player will be able to carry a primary weapon, a secondary weapon, grenades and a knife.

Here's a sample of some of the weapons available:

M19 Pistol
M4 (modified M16 rifle) with the M203 grenade launcher
M249 Squad Automatic Weapon (SAW)
M40 Sniper rifle (.308 caliber)
Barret Light .50 sniper rifle
Heckler and Koch MP5-SD (submachine gun)
Laser designator
Satchel charges
Concussion grenades

**Q: Will there be Close Quarters Battle (CQB) in the game?**

A:  Yes. If you don't want to take the target out from a long distance, the player can use the Heckler and Koch MP5 submachine gun with sound suppresser to sneak up close to an enemy and deliver the deathblow.  The player will also be able to sneak up and use a knife for silent kills.

**Q: Will the weapons be capable of blowing through materials and landmarks to hit your target?**

A: Gunfire will blow through certain materials like tents, where the enemy may be hiding, and can even split the trunks of trees apart.

**Q: How will the Voxel Space® 3 graphics terrain affect your gameplay?**

A: Instead of our hills and valleys being simple, linear, rigidly walled areas, Voxel Space® 3 allows the landscapes to be modeled with natural contours that have gentle slopes and subtle transitions.  Players will be able to hide in divots in what might otherwise look like flat terrain.  Players can crawl up hillsides to just peer over the tops of hills and get the shot.  Players will be able to see and kill targets one kilometer away. Depending on the terrain, Delta Force soldiers will have different camo attire that corresponds to the environment.

**Q: How has the Voxel Space engine been enhanced?**

A:  With Voxel Space®3, the terrain has a much more natural feel than the terrain in polygon shooters. Delta Force is using an enhanced Voxel Space engine. In previous games, Voxel Space was limited to 256 colors per screen. The Delta Force team has taken the engine one step further and supported True Color modes or 16 million colors! Delta Force will allow you to run the game in either 256 colors (8 bit) or 16 million colors (24/32 bit). To render in true color with near photo-realistic quality you should be running a P2.  Pentium class computers should run the game in 256 color mode. Delta Force will default to 16 million colors if you have a P2.

**Q: What are the graphic resolutions in the game?**

A: The following resolutions are available.  Your video card MUST support them:

320x240
400x300
512x384
640x480
800x600

**Q: What are some of the cool things that the player can do in the game?**

A:  The player can use a sniper rifle and scope to take out targets a kilometer away, plant in  vehicles and blow them up, sneak up to an enemy base and call in artillery strikes on hardened targets and bases, to name a few.

**Q.  Are you using motion capture in the game? If so, what is the process?**

A. Yes. All of the character animations are done with motion capture to create the realistic movements you see in the game. Motion capture is the process used to take fluid, human motions and map them to 3D characters.  A motion capture actor is put into a special suit covered with dozens of markers.  The markers are about the size of golf balls.  The actor then does the action (such as a run, jump, etc.)  in a volume.  This volume is an area of space in

the studio that is monitored by 7 cameras.  The cameras are used to monitor the X-Y-Z coordinates of the markers and relay that information to the computer.  The computer then constructs a wire frame skeleton of the actor based on the location of the markers.  The wire frame skeleton can now be seen to be mimicking the actor's moves.  The skeleton and movement information are then combined with the 3D model of the character to create a model with realistic, human movements. Stunt coordinators were brought in to make the death sequences and explosions exciting.

**Q: How does a player select a weapon?**

A: At the beginning of each mission, the players will be able to choose their own weapons load out based on the mission briefing.  It's up to the player to choose the best weapons and the best course of action to accomplish the assigned mission.

**Q:  How realistic is the sound in the game?**

A:  The sounds recorded in the game are from real soldiers firing real weapons. LISTENING is key in this game, especially since shots can come from very far away and you could be hit before you are able to hear that a shot was fired—pay attention and wear headphones!

**Q:  Will Delta Force run on Windows® 98?**

A: Delta Force is Windows® 95 native and will run on Windows® 98.

**Q:  Is MMX required to play Delta Force?**

A:  Yes

---

http://web.archive.org/web/19990508220724/http://www.novalogic.com/prd_/prd_delt/del_faqs/del_faqs.html

Moving Defs.' Summary Judgment Ex. 1
PAGE 15



# Delta Force 2

## You can run - but you'll just die tired

**Action Shooter**

You're a member of the U.S. Army's best-kept secret: the elite SPECIAL OPERATIONS unit known as Delta Force, formed to BATTLE TERRORISM throughout the world. When the best of the rest can't handle the op, YOU'RE called into action. Can you handle THE JOB?

**Official Site**

FILES DEMO SUPPORT UPDATES press

PRINTER VER
SEND TO FRIEND

**PRICE: $14.99**

BUY NOW!

Windows

## You Can Run, But You'll Just Die Tired!

- FREE NovaWorld™: online gaming supporting up to 50 players.
- APPROACH THE OBJECTIVE via parachute and use tall grass, water, and rolling terrain to move undetected.
- TAKE CHARGE with the new Commander's Screen, directing your teammates in single and multiplayer action.
- CREATE YOUR OWN single or multiplayer battles with the Mission Editor PLUS Over 40 new missions.
- TERRORIZE THE TERRORISTS with new weapons, new equipment, and fixed machine gun and grenade-launcher emplacements.
- NEW Voice-over-Net™: technology support in NovaWorld™: arenas. Integrated Voice-Over-Net™: allows you to quickly coordinate your team's attacks on the multiplayer battlefields of NovaWorld™.

**System Req.**

- **Processor:** Pentium II or Celeron or equivalent
- **System RAM:** 64 MB required
- **Hard Disk Space:** N/A
- **CDRom:** 4X Drive
- **Sound Card:** Any Windows Compatible
- **Video Card:** SVGA Video Card
- **Direct X:** Version 3+
- **Multiplay:** 50 Players on NovaWorld, 16 players IPX

TEEN — Mild Violence, Animated Blood



©Copyright 2002 NovaLogic, Inc.    Use of Site | Privacy Policy

http://web.archive.org/web/20020805003733/http://www.novalogic.com/games.asp?GameKey=DF2



GAMES | DOWNLOADS | SUPPORT | NOVAWORLD | ONLINE STORE

Tuesday, March 12, 2013

NOVALOGIC

CHOOSE TITLE: Select Game

GAMES

NOVAWORLD

- Delta Force - Black Hawk Down
- Armed Forces Collection
- Special Forces Pack
- Delta Force Task Force Dagger
- Delta Force Urban Warfare
- Delta Force Trilogy
- Air Attack Pack
- Comanche 4
- Delta Force Land Warrior
- Tachyon: The Fringe

[ALL GAMES]

Trailer
DELTA FORCE - BLACK HAWK DOWN

Other
DELTA FORCE - BLACK HAWK DOWN

Other
DELTA FORCE - BLACK HAWK DOWN MUSIC

Other
DELTA FORCE - BLACK HAWK DOWN MUSIC

[ALL DOWNLOADS]

# Delta Force Land Warrior

**What you Don't See Will Kill You...**

**Action Shooter**

Engage the enemy across vast outdoor environments and expansive indoor environments as you take control of the US ARMY's elite anti-terrorist unit. Featuring an all new 3D accelerated graphics engine, Delta Force Land Warrior™ introduces new weapons and characters for both singleplayer and intense online multiplayer via NovaWorld.

FILES | DEMO | SUPPORT | UPDATES | press

PRINTER VER

SEND TO FRIEND

**PRICE: $19.99**

BUY NOW!

Microsoft Windows

- **Processor:** Pentium 400 or equivalent
- **System RAM:** 64 MB required
- **Hard Disk Space:** 200 MB
- **CDRom:** 4X Drive
- **Sound Card:** Any Windows Compatible
- **Video Card:** Direct 3D Compatible
- **Direct X:** Version 7+
- **Multiplay:** IPX Lan

TEEN T ESRB — Mild Violence, Animated Blood

## The Third Deployment of the Delta Force Series has Arrived

- Engage the enemy in expansive indoor and vast ourdoor environments
- Select from a team of diverse characters, each with their own special abilities
- Advanced new rifles, systems, machine guns and grenade launcher
- Developed from the same engine used to train the US ARMY elite Land Warrior Soldiers
- Wage war on the massive battlefields of NovaWorld with up to 50 players simultaneously*
- Rank Yourself against your enemies and allies on NovaWorld*

©Copyright 2002 NovaLogic, Inc. Use of Site | Privacy Policy



GAMES | DOWNLOADS | SUPPORT | NOVAWORLD | ONLINE STORE

NOVALOGIC

Tuesday, March 12, 2013

CHOOSE TITLE Select Game

GAMES

Change Language

GAMES
DOWNLOADS
SUPPORT
NOVAWORLD
STORE
CORPORATE

- PC Delta Force - Black Hawk Down
- PC Delta Force Task Force Dagger
- Delta Force Urban Warfare
- PC Delta Force Trilogy
- PC Air Attack Pack
- PC Comanche 4
- PC Delta Force Land Warrior
- PC Tachyon: The Fringe
- PC Delta Force 2
- PC F-22 Lightning 3
- PC MiG-29 Fulcrum
- PC F16 Multirole Fighter
- PC Comanche Gold
- PC Delta Force

Trailer
DELTA FORCE - BLACK HAWK DOWN

Demo
DELTA FORCE - BLACK HAWK DOWN

Other
DELTA FORCE - BLACK HAWK DOWN

Other
DELTA FORCE - BLACK HAWK DOWN

[ALL DOWNLOADS]

# Delta Force - Black Hawk Down

## Now Live The Battle

**First Person Shooter**

In late 1993, the United States launched dual military operations in Mogadishu Somalia. Delta Force Operatives and Army Rangers were sent in to capture Somali warlords and restore order. Experience the intense combat of Operation Restore Hope in this ground breaking first person shooter. As a Delta Force operative participate in a number of daring and intense raids against the oppressive Somali warlords in and around Mogadishu.

Official Site

FILES DEMO SUPPORT UPDATES press

PRINTER VER
SEND TO FRIEND

PRICE: $39.99

PRE-ORDER

Microsoft Windows

## Experience the Intensity of Modern Warfare

- Engage in Close Quarters Battle in a maze of city streets or snipe across the plain with Delta Force's signature long-range engagements
- Open fire from heavy weapons mounted in Black Hawk helicopters or on Humvees
- Gear up with an arsenal of authentically modeled weapons used in the streets of Mogadishu
- New AI system drives unprecedented teamwork with your fellow soldiers and enemies that skillfully hunt you down
- Fight through a variety of compelling missions, each with multiple objectives.
- Nonstop, large-scale multiplayer action over LAN or via NovaWorld
- Powered by a new game engine optimized to showcase the latest 3D graphics and processor technology
- Developed with direction from Special Operations Forces advisors on realistic tactics, situations and details
- NB: All in game features are subject to change.
- NOTE: Some multiplayer features may only be available through NovaWorld.

* With purchase of product. Internet service required. Player responsible for all applicable internet fees. NovaLogic reserves the right to change the terms of service at any time.

- **Processor:** Minimum - Pentium ® III 500 MHz equivalent Recommended - Pentium ® III 1.0 GHz equivalent
- **System RAM:** 192MB or greater required 256MB or greater recommended
- **Hard Disk Space:** N/A
- **CDRom:** 4X or Greater
- **Sound Card:** Any Windows Compatible
- **Video Card:** Direct 3D video card with 32MB required. 64MB or greater recommended. Supported 3D cards include: Nvidia TNT2, GeForce series, ATI Radeon series.
- **Direct X:** Version 8.1+
- **Multiplay:** **INTERNET PLAY:** Up to 32 simultaneous players via NovaWorld servers* **LAN PLAY:** Up to 16 simultaneous players via IP LAN

TEEN T ESRB — Blood, Violence, Drug Reference

©Copyright 2002 NovaLogic, Inc. Use of Site | Privacy Policy



# Delta Force - Black Hawk Down: Team Sabre

## Official Expansion Pack for Delta Force - Black Hawk Down

**First Person Shooter**

As the US army's elite special operations soldiers you are the most potent 'smart weapon' known to man. You are the 'tip of the spear' for covert operations around the world - you are the first line of attack. Nothing stands in your way.

From the war torn streets of Somalia you have been re-deployed to take out targets in Colombia and Iran. As the US military's preemptive strike force you must work with your team to get the job done.

PRINTER VER
SEND TO FRIEND

NEW PRODUCT

Microsoft Windows

RATING PENDING RP Visit www.esrb.org for updated rating information.

FILES DEMO SUPPORT UPDATES press

## Intensity of Modern Warfare Continues...

- Two all new single player campaigns
- Embark on challenging missions through treacherous South American jungle terrain and across remote islands in the Persian Gulf. Neutralize enemy targets and accomplish mission objectives.
- Free Unrivaled Multiplayer Mayhem - up to 32 players
- Wage war over the internet with drivable vehicles across 30 new multiplayer maps via NovaWorld. Utilize an enhanced version of the Delta Force - Black Hawk Down engine with mod-able features for building unique multiplayer battlefields. Up to 50 players over LAN.
- Expansion pack requires original Delta Force® - Black Hawk Down™ game to play.
- *Features subject to change

©Copyright 2002 NovaLogic, Inc. Use of Site | Privacy Policy



Welcome Guest **Login** or **Create an account**          LIVE CHAT | INSTANT MESSENGER | BOOKMARK US

Home ▸  Forum ▸  Squads ▸  Members ▸  Gallery ▸  Store

## PRODUCT **INFORMATION**

🛒 **Shopping Cart**

Your cart is empty

Having problems?
See our FAQ section

### VIDEOS / **DEMOS**

### GAME **DATA**

| 👤 | Single Player |
| 👥 | Multi Player |
| 👨‍👩‍👦 | Co-op |
| 📊 | Novaworld Stats |
| HD | Full 1080p Support |
| 🛡 | NovaDefender Enabled |

### SYSTEM **REQUIREMENTS**

**VIDEO CARD**
Direct3D video card with 64MB or greater required

**OS**
Windows® XP, Vista (32 & 64)

**CPU**
Pentium® 4 minimum CPU required

**RAM**
1GB or greater required

**HARD DRIVE**
2GB available

**DIRECT X**
DirectX 9.0c or greater required

**SOUND**
Windows® compatible sound card

**INTERNET**
Internet connection required*, Broadband recommended

**DVD**
DVD-ROM drive required

* INTERNET CONNECTION REQUIRED FOR PRODUCT ACTIVATION AND ONLINE PLAY. Some multiplayer features may only be available through Novaworld Community. Internet service required. Player responsible for all applicable Internet fees. All features may not be available at the time of purchase and are subject to online Terms of Service. Some online features may require subscription. Novalogic reserves the right to change the Terms of Service at any time.

 BUY **DELTA FORCE XTREME 2**          $ 29.99 USD

 ADD TO CART

## ABOUT THE **GAME**

Enemies lurk in locations around the globe, waiting for the right opportunity to strike. As part of Delta Force, the U.S. Army's most secretive and highly trained unit, you have the skills and the firepower to hunt them down and take them out. Get ready to insert yourself into critical situations by air, land and sea, and show you have the courage to take the fight to the enemy and overcome overwhelming odds to achieve victory.

In Delta Force: Xtreme 2, you'll take control of Delta Force, employing the most dangerous and effective commando tactics and state-of-the-art weaponry at your disposal to defeat the enemy. Track enemies across a variety of expansive landscapes scattered across the globe in 10 single-player scenarios, and take them down with more than 20 real-world weapons. Insert into danger zones using dangerous HALO jumps, and use choppers, tanks and high-speed watercraft to roar into the midst of the action. Create your own exciting custom levels with the Battle Editor tool, and battle players from all over in five challenging online multiplayer game types.

Features

- Command the secretive, highly trained Delta Force and use commando tactics and state-of-the-art weapons to take out dangerous enemies
- Insert yourself into the action by land, air and sea using choppers, tanks and high-speed watercraft
- Experience realistic, accurate and deadly shooting via enhanced ballistics
- Employ the powerful and easy-to-use MED level editor to create custom levels or recreate historical fights
- Customize jungle, jungle and mountain environments using 10 new and 20 classic highly detailed terrains
- Add dynamic weather effects and real-time lighting as well as thousands of objects and buildings to create a realistic environment
- Up to 64 players may battle online in Deathmatch, Team Deathmatch, Capture the Flag, Team King of the Hill and Flagball multiplayer games

http://web.archive.org/web/20090722110517/http://www.novaworld2.com/index.php?do=/public/store/prodinfo/item_DDP_DFX2/

Moving Defs.' Summary Judgment Ex. 1
PAGE 21



http://web.archive.org/web/20090722110517/http://www.novaworld2.com/index.php?do=/public/store/prodinfo/item_DDP_DFX2/