KARIN G. PAGNANELLI (174763)
  kgp@msk.com
MARC E. MAYER (190969)
  mem@msk.com
GILBERT LEE (267247)
  gsl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants ACTIVISION BLIZZARD, INC., ACTIVISION PUBLISHING, INC., VOYETRA TURTLE BEACH, INC., PENGUIN GROUP (USA), INC., and MICROSOFT CORPORATION and Counterclaimant ACTIVISION PUBLISHING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVALOGIC, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, a Delaware corporation; ACTIVISION PUBLISHING, a Delaware corporation; VOYETRA TURTLE BEACH, INC., a New York corporation; PENGUIN GROUP (USA), INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV12-04011 JFW (SHx)<br><br>The Honorable John F. Walter<br><br>**DECLARATION OF JAMES D. BERKLEY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANTS ACTIVISION BLIZZARD, INC., ACTIVISION PUBLISHING, INC., AND PENGUIN GROUP (USA)**<br><br>DATE: April 15, 2013<br>TIME: 1:30 p.m.<br>CTRM.: 16 |
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>NOVALOGIC, INC., a California corporation,<br><br>Counterclaim Defendant. | |

Mitchell Silberberg & Knupp LLP
5186534.2

I, James D. Berkley, the undersigned, hereby declare as follows.

1. I am employed as a Senior Research Analyst at Mitchell Silberberg & Knupp LLP, counsel for Defendants in this action. Since on or about January 3, 2012, I have been tasked with investigation of the factual background of this action with respect to the unit of the United States military known as "Delta Force" and the associated Delta Force insignia. Additionally, I have been tasked with the identification, acquisition, and preservation of evidence pertaining to this matter, including the supervision of others in these activities. I have personal knowledge of all of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit 5** is a true and correct copy of the currently available June 2000 paperback edition of Col. Charlie A. Beckwith's 1983 book, *Delta Force: The Army's Elite Counterterrorist Unit*.

3. Attached hereto as **Exhibit 6** are true and correct copies of the cover and selected pages of Terry Griswold's and D.M. Giangreco's 1992 book, *Delta: America's Elite Counterterrorist Force*, which were prepared under my direction on or about March 11, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

4. Attached hereto as **Exhibit 7** are true and correct copies of the cover and selected pages of a 2003 paperback edition of Eric L. Haney's 2002 book, *Inside Delta Force: The Story of America's Elite Counterterrorist Unit*, which were prepared under my direction on or about March 11, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

5. Attached hereto as **Exhibit 8** is a true and correct copy of the currently available 2003 paperback edition of Eric L. Haney's 2002 book, *Inside Delta Force: The Story of America's Elite Counterterrorist Unit*.

6. Attached hereto as **Exhibit 9** is a true and correct copy of Douglas C. Waller's 1994 book, *Commandos: The Inside Story of America's Secret Soldiers*, including Chapter 4, entitled "Delta Force."

7. Attached hereto as **Exhibit 10** is a true and correct copy of Pete Blaber's 2008 book, *The Mission, The Men, and Me: Lessons from a Former Delta Force Commander.*

8. Attached hereto as **Exhibit 11** is a true and correct copy of Dalton Fury's 2008 book, *Kill Bin Laden: A Delta Force Commander's Account of the Hunt for the World's Most Wanted Man.*

9. Attached hereto as **Exhibit 12** is a true and correct copy of the 2011 book published by Time Home Entertainment and authored by Jim Frederick, *Special Ops: The Hidden World of America's Toughest Warriors.*

10. Attached hereto as **Exhibit 13** is a true and correct copy of Dalton Fury's 2012 novel, *Black Site: A Delta Force Novel.*

11. Attached hereto as **Exhibit 14** is a true and correct copy of the DVD of the 1986 film, *The Delta Force.*

12. Attached hereto as **Exhibit 15** is a true and correct copy of the DVD of the 2001 film *Black Hawk Down.*

13. Attached hereto as **Exhibit 16** is a true and correct copy of Mark Bowden's 1999 book, *Black Hawk Down: A Story of Modern War.*

14. Attached hereto as **Exhibit 17** are true and correct copies of the cover and interior pages of an issue of *Newsweek* magazine dated June 17, 1991, including the cover story titled "Secret Warriors," which were prepared under my direction on or about March 12, 2013. Upon request, a physical copy of the full magazine can be furnished to the Court.

15. Attached hereto as **Exhibit 18** is a true and correct copy of an article appearing in *Newsweek* magazine on or about April 22, 1985, entitled "America's

Secret Military Forces," which was accessed and retrieved under my direction on or about December 17, 2012.

16. Attached hereto as **Exhibit 19** are true and correct copies of the jacket, flap material, and selected pages from the first edition of the 1983 book *Delta Force: The U.S. Counter-Terrorist Unit and The Iran Hostage Rescue Mission*, by Charlie A. Beckwith and Donald Knox, which were prepared under my direction on or about March 13, 2013. The stamp and redacted text on the title page indicate that this copy was formerly in the possession of the Pleasant Grove branch of the Dallas Public Library. Upon request, a physical copy of the full work can be furnished to the Court.

17. Attached hereto as **Exhibit 20** are true and correct copies of the cover and selected pages of the 1985 paperback edition of Col. Charlie A. Beckwith (Ret.) and Donald Knox's book, *Delta Force: The Army's Elite Counterterrorist Unit*, which were prepared under my direction on or about March 11, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

18. Attached hereto as **Exhibit 21** is a true and correct copy of a web page found at the uniform resource locator ("URL") http://www.amazon.com/Delta-Force-Militarys-Secretive-Special-Operations/dp/006224969X/, regarding the May 2013 reissue of the book of Col. Charlie A. Beckwith, titled *Delta Force: A Memoir by the Founder of the Military's Most Secretive Special-Operations Unit*, which I accessed and caused to be printed on or about March 9, 2013.

19. Attached hereto as **Exhibit 22** are true and correct copies of excerpted pages from a research report dated April 1995, titled "An Assessment of Assessment: Is Selective Manning Right for USF Special Operations Aircrew," which I accessed and obtained on or about January 15, 2013, from the website of the United States Air Force's Air University, at the URL http://www.au.af.mil/au/awc/awcgate/awc/saierwe.pdf.

20. Attached hereto as **Exhibit 23** is a true and correct copy of an newspaper article entitled "Delta Force – An Elite, Secret Commando Group," that appeared in the Eugene, Oregon *Register Guard* on or about June 17, 1985, and which I accessed and caused to be captured from the archives of Google News (news.google.com) on or about January 16, 2013.

21. Attached hereto as **Exhibit 24** is a true and correct copy of an newspaper article entitled "Delta Force Set for Liberty," that appeared in the Dubuque, Iowa *Telegraph Herald* on or about June 29, 1986, and which I accessed and caused to be captured from the archives of Google News (news.google.com) on or about January 16, 2013.

22. Attached hereto as **Exhibit 25** is a true and correct copy of a newspaper article entitled "Delta Force Pulled Off Daring Rescue" that appeared in the Lexington, North Carolina *Dispatch* on or about January 3, 1990, and which I accessed and caused to be captured from the archives of Google News (news.google.com) on or about January 16, 2013.

23. Attached hereto as **Exhibit 26** is a true and correct copy of an archived web page formerly available on the website PhillyNews.com, dated November 16, 1997, currently available at the URL http://web.archive.org/web/19981203102102/http://www.phillynews.com/packages/somalia/nov16/default16.asp, which I accessed and caused to be printed on or about March 12, 2013.

24. Attached hereto as **Exhibit 27** is a true and correct copy of a newspaper article entitled "From Front Lines to Back Roads – Delta Force Doctor Now Delivers Care In Rural Virginia," that appeared on page A1 of the *Washington Post* on or about March 11, 2002, and which was obtained and printed from the online archives of that newspaper under my direction on or about March 6, 2013.

25. Attached hereto as **Exhibit 28** is a true and correct copy of an excerpt from the United States Congressional Record for March 21, 2002, which I accessed and caused to be printed the website of the U.S. Government Printing Office on or about March 11, 2013, from the URL http://www.gpo.gov/fdsys/pkg/CREC-2002-03-21/html/CREC-2002-03-21-pt1-PgE399.htm.

26. Attached hereto as **Exhibit 29** is a true and correct copy of a screenshot of an article entitled "Delta Force recruiters plan visit," dated May 22, 2008, which I accessed and caused to be captured from a website associated with the United States Army on or about March 11, 2013, from the URL http://www.drum.army.mil/mountaineer/Article.aspx?ID=1623.

27. Attached hereto as **Exhibit 30** are true and correct copies of the cover and selected pages from L.H. Burruss's 2000 novel, *Heart of the Storm: A Novel of Men and Women in the Gulf War*, which were prepared under my direction on or about March 11, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

28. Attached hereto as **Exhibit 31** is a true and correct copy of the home page of the website www.erichaney.com, which was accessed and printed by me on or about March 11, 2013.

29. Attached hereto as **Group Exhibit 32** are true and correct copies of web pages regarding the TV series "The Unit" available from the website of the Internet Movie Database ("IMDb"), at the URLs http://www.imdb.com/title/tt0460690/ and http://www.imdb.com/title/tt0460690/fullcredits, which I accessed and caused to be printed on or about March 13, 2013.

30. Attached hereto as **Exhibit 33** are true and correct copies of screenshots prepared by me on or about June 4, 2012, of a page featuring a video

1  segment on the website of the CBS News program *60 Minutes*, located at the URL
2  http://www.cbsnews.com/video/watch/?id=5153449n and dated July 12, 2009.

3  31.  Attached hereto as **Exhibit 34** are true and correct copies of the cover
4  and selected pages of Gail Blasser Riley's 2008 book, *Delta Force in Action*.
5  Upon request, a physical copy of the full work can be furnished to the Court.

6  32.  Attached hereto as **Exhibit 35** are true and correct copies of
7  screenshots reflecting results generated from searching the keywords "delta force"
8  on the home page of the website eBay.com (www.ebay.com) and filtering results
9  by the category "Militaria," which I conducted and caused to be captured on or
10 about March 13, 2013.

11 33.  Attached hereto as **Exhibit 36** is a true and correct copy of a
12 screenshot reflecting results generated from searching the keywords "delta force
13 cap" on the home page of the website eBay.com (www.ebay.com), which I
14 conducted and caused to be captured on or about March 13, 2013.

15 34.  Attached hereto as **Group Exhibit 37** are true and correct copies of
16 web pages reflecting results generated from searching the keywords "delta force"
17 on the home page of the website Cafepress.com (www.cafepress.com), which I
18 conducted and caused to be printed on or about March 8, 2013.

19 35.  Attached hereto as **Exhibit 38** are true and correct copies of web
20 pages reflecting results generated from searching the keywords "delta force
21 insignia" on the home page of the website Zazzle.com (www.zazzle.com), which I
22 conducted and caused to be printed on or about March 8, 2013.

23 36.  Attached hereto as **Group Exhibit 39** are true and correct copies of
24 web pages reflecting results generated on the Amazon.com website
25 (www.amazon.com) by searches for books in the indicated categories bearing the
26 words "Delta Force" in their titles, which I conducted and caused to be printed on
27 or about March 8, 2013 and March 12, 2013.

28

37. Attached hereto as **Exhibit 40** are true and correct copies of the cover and selected pages of the 1986 book, *The Green Beret: U.S. Special Forces from Vietnam to Delta Force*, which were prepared under my direction on or about March 12, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

38. Attached hereto as **Exhibit 41** are true and correct copies of the cover and selected pages of Stephen F. Tomajczyk's 1997 book, *U.S. Elite Counterterrorist Forces*, which were prepared under my direction on or about March 11, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

39. Attached hereto as **Exhibit 42** are true and correct copies of the cover and selected pages of Michael Lee Lanning's 2002 book, *Blood Warriors: American Military Elites*, including chapters regarding Delta Force, which were prepared under my direction on or about March 11, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

40. Attached hereto as **Exhibit 43** are true and correct copies of the cover and selected pages of the 2004 book, *The Complete Idiot's Guide to The U.S. Special Ops Forces*, which were prepared under my direction on or about March 11, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

41. Attached hereto as **Exhibit 44** are true and correct copies of screenshots prepared by me and/or under my direction on or about June 11, 2012, and January 9, 2013, of scenes appearing in the DVD of the 1986 film *The Delta Force*, a full copy of which has been submitted above as Exhibit 14.

42. Attached hereto as **Group Exhibit 45** are true and correct copies of web pages regarding the 1986 film *The Delta Force* from the website of the Internet Movie Database ("IMDb," www.imdb.com), which I accessed and caused to be printed from the indicated URLs on dates between March 9 and March 14, 2013.

43. Attached hereto as **Exhibit 46** are true and correct photocopies of the DVD and DVD packaging for the 1990 film, *Delta Force 2*, which were prepared under my direction on or about March 12, 2013. Upon request, a physical copy of the DVD can be furnished to the Court.

44. Attached hereto as **Exhibit 47** are true and correct photocopies of the DVD and DVD packaging for the 1991 film, *Delta Force 3*, which were prepared under my direction on or about March 12, 2013. Upon request, a physical copy of the DVD can be furnished to the Court.

45. Attached hereto as **Group Exhibit 48** are true and correct copies of pages from the website of the Internet Movie Database (www.imdb.com) regarding five films in the "Operation Delta Force" series, which I accessed and caused to be printed on or about March 12, 2013 and March 13, 2013, followed by a true and correct copy of a page from the website of Amazon.com (www.amazon.com), reflecting a search for the keywords "operation delta force" in the category "Movies & TV," which I conducted and caused to be printed on the same dates.

46. Attached hereto as **Group Exhibit 49** is a true and correct copy of a page from the website of the Internet Movie Database (www.imdb.com) regarding the film *Delta Force One: The Lost Patrol*, followed by a true and correct copy of a page offering the DVD of this film on the website of Amazon.com (www.amazon.com), which I accessed and caused to be printed from the respective websites on or about March 12, 2013.

47. Attached hereto as **Exhibit 50** are true and correct copies of the jacket, flap material, and selected pages of Dalton Fury's 2012 novel *Tier One Wild: A Delta Force Novel*, which were prepared under my direction on or about March 13, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

48. Attached hereto as **Exhibit 51** are true and correct copies of the cover and selected pages of Marilyn Pappano's 1991 novel *A Dangerous Man*, which

1 were prepared under my direction on or about March 12, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

49. Attached hereto as **Group Exhibit 52** are true and correct copies of web pages regarding the "Men of Delta Force" series of novels by Alexis Grant, which I accessed and caused to be printed on or about March 8, 2013 from the URLs http://www.amazon.com/Sizzle-Burn-Men-Delta-Force/dp/0312943032/ and http://www.amazon.com/Locked-Loaded-Men-Delta-Force/dp/0312943040.

50. Attached hereto as **Exhibit 53** are true and correct copies of the cover and selected pages of L.H. Burruss's 1990 novel *A Mission for Delta*, which were prepared under my direction on or about March 11, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

51. Attached hereto as **Exhibit 54** are true and correct copies of the cover and selected pages of Dan Brown's 2001 novel *Deception Point*, which were prepared under my direction on or about March 11, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

52. Attached hereto as **Exhibit 55** are true and correct copies of the cover and selected pages of Tom Clancy's 1998 novel *Rainbow Six*, which were prepared under my direction on or about March 11, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

53. Attached hereto as **Exhibit 56** are true and correct copies of the cover and selected pages of Brad Thor's 2002 novel *The Athena Project*, which were prepared under my direction on or about March 11, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

54. Attached hereto as **Exhibit 57** are true and correct copies of the cover and selected pages of James Rollins' 2003 novel *Ice Hunt*, which were prepared under my direction on or about March 11, 2013. Upon request, a physical copy of the full work can be furnished to the Court.

55. Attached hereto as **Exhibit 58** is a true and correct copy of a web page concerning a board game entitled "The Delta Force," located at the URL http://www.etsy.com/listing/116990020/delta-force-board-anti-terrorist-attack, which I accessed and caused to be printed on March 9, 2013.

56. Attached hereto as **Exhibit 59** are true and correct copies of screenshots of a web page concerning a board game titled "Delta Force," located at the URL http://boardgamegeek.com/boardgame/17293/delta-force, which I accessed and caused to be captured on or about March 13, 2013.

57. Attached hereto as **Exhibit 60** are true and correct copies of the cover and selected pages from materials pertaining to the 1986 role-playing game, *Delta Force*, published by Task Force Games, which were prepared under my direction on or about March 11, 2013.

58. Attached hereto as **Exhibit 61** is a true and correct copy of a screenshot of a web page regarding the video game "Crysis," available at the URL http://www.ea.com/crysis-1, which I accessed and caused to be captured on or about March 9, 2013.

59. Attached hereto as **Exhibit 62** is a true and correct copy of a web page offering for sale the video game "Crysis," available at the URL http://www.amazon.com/Crysis-Collectors-Pc/dp/B000UCK0LW/, which I accessed and caused to be printed on or about March 9, 2013.

60. Attached hereto as **Exhibit 63** is a true and correct copy of a web page offering for sale the video game "Shadow Ops: Red Mercury," available at the URL http://www.amazon.com/Shadow-Ops-Red-Mercury-DVD-Pc/dp/B00029QOSG, which I accessed and caused to be printed on or about March 9, 2013.

61. Attached hereto as **Exhibit 64** is a true and correct copy of an excerpt from the manual accompanying the video game "Shadow Ops: Red Mercury," a copy of which was purchased by my office from Amazon.com.

62. Attached hereto as **Exhibit 65** is a true and correct copy of a screenshot of a web page regarding the game "Act of War: High Treason," available at the URL http://www.atari.com/buy-games/strategy/act-war-high-treason, which I accessed and caused to be captured on or about March 9, 2013.

63. Attached hereto as **Exhibit 66** is a true and correct copy of a screenshot of a web page regarding the game "Spec Ops: The Line," available at the URL http://www.specopstheline.com/us/demo.html, which I accessed and caused to be captured on or about March 9, 2013.

64. Attached hereto as **Exhibit 67** is a true and correct copy of a web page regarding "Soldier Profiles" on the NovaLogic website, available at the URL http://www.novalogic.com/games/dftfd/specops_DF.htm, which I accessed and caused to be printed on or about February 7, 2013.

65. Attached hereto as **Exhibit 68** is a true and correct copy of an archived page from the NovaLogic website, formerly available to the public on or about June 11, 1998, which I accessed and caused to be printed on or about March 11, 2013 from the URL http://web.archive.org/web/19980611185241/http://www.novalogic.com/prd_/prd_delt/del_bio/del_bio.html.

66. Attached hereto as **Exhibit 69** is a true and correct copy of a web page reflecting the NovaLogic online "store," available at the URL https://www.novaworld2.com/index.php?do=/public/store/catalog/, which I accessed and caused to be printed on March 9, 2013.

67. Attached hereto as **Group Exhibit 70** are true and correct copies of screenshots reflecting pages on the NovaLogic website offering descriptions of games in NovaLogic's "Delta Force" series, which I accessed and caused to be captured at the identified URLs on or about March 8, 2013.

68. Attached hereto as **Exhibit 71** are true and correct copies of excerpted pages from NovaLogic's "Field Manual" concerning the 1998 game "Delta Force,"

1 which I caused to be downloaded on or about March 9, 2013 via the associated
2 page at the URLs http://store.steampowered.com/app/32620/ and the URL
3 http://cdn2.steampowered.com/Manuals/32620/DFMANUAL_EN.pdf.

4    69.    Attached hereto as **Exhibit 72** are true and correct copies of excerpted
5 pages from the manual provided by NovaLogic for its game "Joint Operations:
6 Typhoon Rising," which I accessed and caused to be downloaded from the
7 NovaLogic website on or about March 9, 2013, via the URL
8 http://www.novalogic.com/downloads.asp.

9    70.    Attached hereto as **Exhibit 73** is a true and correct copy of an
10 excerpted page from the manual provided by NovaLogic for its game "Delta Force:
11 Xtreme 2," which I accessed and caused to be downloaded from the NovaLogic
12 website on or about March 5, 2013, via the URL
13 http://www.novalogic.com/downloads.asp.

14    71.    Attached hereto as **Group Exhibit 74** are true and correct copies of
15 pages accessed and printed by me from the website of the Internet Archive
16 (www.archive.org) on or about March 6, 2013 and March 12, 2013, reflecting web
17 pages formerly publicly available at the indicated URLs on or about dates between
18 June 11, 1998 and July 22, 2009.

19    I declare under penalty of perjury under the laws of the United States of
20 America that the foregoing is true and correct.

21    Executed at Los Angeles, California this 14 day of March, 2013.

_____
James D. Berkley