KARIN G. PAGNANELLI (174763)
kgp@msk.com
MARC E. MAYER (190969)
mem@msk.com
GILBERT LEE (267247)
gsl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:   (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Defendants ACTIVISION
BLIZZARD, ACTIVISION PUBLISHING,
VOYETRA TURTLE BEACH, INC., PENGUIN
GROUP (USA), INC., and MICROSOFT
CORPORATION and Counterclaimant
ACTIVISION PUBLISHING, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVALOGIC, INC., a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>ACTIVISION BLIZZARD, a Delaware corporation; ACTIVISION PUBLISHING, a Delaware corporation; VOYETRA TURTLE BEACH, INC., a New York corporation; PENGUIN GROUP (USA), INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; and DOES 1 through 10,<br><br>        Defendants. | CASE NO. CV12-04011 JFW (SHx)<br><br>Honorable John F. Walter<br><br>**SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANTS ACTIVISION BLIZZARD, INC., ACTIVISION PUBLISHING, INC., AND PENGUIN GROUP (USA), INC.** |
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>        Counterclaimant,<br><br>        v.<br><br>NOVALOGIC, INC., a California corporation,<br><br>        Counterclaim Defendant. | **DATE:**   April 15, 2013<br>**TIME:**   1:30 p.m.<br>**CTRM.:**  16 |

Mitchell
Silberberg &
Knupp LLP

5178198.3

Pursuant to L.R. 56-1, Defendants Activision Blizzard, Inc., Activision Publishing, Inc., and Penguin Group (USA), Inc. (the "Moving Parties") submit this Separate Statement of Undisputed Facts and Conclusions of Law in support of their Motion for Partial Summary Judgment.  The facts below are undisputed for purposes of this motion only, and Defendants reserve the right to contest any of the below facts at trial.

## STATEMENT OF UNDISPUTED FACTS

| UNDISPUTED FACT | EVIDENCE |
|---|---|
| 1.  By most accounts, "Delta Force" was formed in the 1970s and is an elite counter-terrorism unit, specializing in covert missions, such as hostage rescues and raids. | Declaration of James D. Berkley ("Berkley Decl."), ¶¶ 2-9, 14-15, 65, 68-69 & Exs. 5-12, 17-18, 68, 71-72; Declaration of Christopher Butler ("Butler Decl."), ¶¶ 1-6 & Ex. 1 at pp. 4, 10; Declaration of Marc E. Mayer ("Mayer Decl."), ¶ 3 & Ex. 77 (NovaLogic's Responses to First Set of Requests for Admission ["RFAs"] Nos. 50, 58-59). |
| 2.  According to books written by former Delta Force members and other accounts, Delta Force was involved in the rescue attempt of American hostages at the U.S. Embassy in Iran in 1979, as well as operations in Grenada, Somalia, Afghanistan, and Iraq. | Berkley Decl., ¶¶ 2-9, 12-15, 20, 22 & Exs. 5-12, 15-18, 23, 25. |

| | |
|---|---|
| 3.  Delta Force has been known to the public and referred to by its nickname as early as 1983, when the purported founder of Delta Force, Charlie Beckwith, published the book "Delta Force: The U.S. Counter-Terrorist Unit and the Iran Hostage Mission," detailing the history of the unit and its role in the aborted 1980 mission to rescue American hostages in Iran. | Berkley Decl., ¶¶, 2, 16-17 & Exs. 5, 19-20. |
| 4.  A website associated with the United States military (www.au.af.mil) offers a 1995 research report discussing the intense Delta Force recruitment process. | Berkley Decl., ¶¶ 19 & Ex. 22. |
| 5.  Another website associated with the military offers a recruitment advertisement for "[t]he 1st SFOD-Delta (Delta Force)" described as "the U.S. Army's special operations unit organized for conducting missions that require rapid response with surgical application of a wide variety of unique skills | Berkley Decl., ¶¶ 26 & Ex. 29. |
| 6.  For more than 20 years (well before NovaLogic's alleged use), | Berkley Decl., ¶¶ 2-6, 8, 14, 24, 28, 30-35 & Exs. 5-9, 11, 17, 27, 31, 33-38. |

| | |
|---|---|
| Delta Force has been symbolized by its distinctive insignia:  a triangle punctuated by a lightning bolt, with a dagger emblazoned in the center (the "Army Logo"). | |
| 7.  A 1994 book reported: "A visitor can walk into offices the U.S. Special Operations Command at Tampa and find coffee mugs sporting the secret Delta Force logo: a kelly green triangle inlaid with a white dagger and another gold triangle." | Berkley Decl., ¶¶ 6 & Ex. 9 at p. 231. |
| 8.  Many dozens, if not hundreds, of products currently are available for purchase depicting the Army Logo, including mugs, T-shirts, hats, pins, patches, and neckties. | Berkley Decl., ¶¶ 32-35 & Exs. 35-38. |
| 9.  The exploits of Delta Force have been chronicled in dozens of books, newspaper articles, magazine articles, and other materials.  Many of these also reproduced or discussed the Army Logo. | Berkley Decl., ¶¶ 2-9, 11-17, 20-25, 30-31, 36-40 & Exs. 5-12, 14-20, 23-28, 33-34, 39-43.  *See also* Mayer Decl., ¶ 3 & Ex. 77 (NovaLogic Responses to RFAs Nos. 22-25). |
| 10.     In 1983, Beckwith released his book "Delta Force: The U.S. Counter-Terrorist Unit and the Iran Hostage Rescue Mission."  In | Berkley Decl., ¶¶ 2, 16-18 & Exs. 5, 19-21. |

Mitchell
Silberberg &
Knupp LLP

5178198.3

3

| | |
|---|---|
| addition to a 1985 paperback version, Beckwith's book was reissued in 2000 (as "Delta Force:  The Army's Elite Counterterrorist Unit," now in its nineteenth printing) and is scheduled to be reissued in May 2013 (as "Delta Force: A Memoir by the Founder of the Military's Most Secretive Special-Operations Unit"). The Army Logo has been depicted on the front cover of these books least since 2000. | |
| 11.     On June 17, 1991, <u>Newsweek</u> published a cover story by Douglas C. Waller titled "Secret Warriors," which depicted the Army Logo. | Berkley Decl., ¶ 14 & Ex. 17. |
| 12.     In 1994 Waller authored "Commandos: The Inside Story of America's Secret Soldiers," in which he noted that "the [Delta Force] has been depicted and idolized in at least a dozen movies and books." | Berkley Decl., ¶ 6 & Ex. 9 at p. 231. |
| 13.     In 1992, Special Forces veteran Terry Griswold and co-author D.M. Giangreco released "Delta: America's Elite Counterterrorist Force," which | Berkley Decl., ¶ 3 & Ex. 6. |

| | |
|---|---|
| depicted the Army Logo on its cover. | |
| 14.     In 2000, L.H. "Bucky" Burruss, a founding officer of Delta Force, published a novel set during the 1991 Gulf War titled "Heart of the Storm."  Burruss noted that the troops comprising "1st Special Forces Operational Detachment – Delta" are "better known throughout the world as Delta Force," and described a "brass medallion … bearing the combat knife and triangular lightning bolt of the Delta Force logo." | Berkley Decl., ¶ 27 & Ex. 30 at pp. 191, 242.  *See also id.,* ¶ 50 & Ex. 53. |
| 15.     In 2002, Representative Frank Wolf put into the United States Congressional Record a <u>Washington Post</u> article referring to the "iconic Delta Force dagger inside a triangular frame…" | Berkley Decl., ¶ 25 & Ex. 28.  *See also id.,* ¶ 24 & 27. |
| 16.     In 2002, former Delta Force soldier Eric Haney authored a book titled "Inside Delta Force:  The Story of America's Elite Counterterrorist Unit," recounting the author's experience in Delta Force.  The Army Logo has been prominently | Berkley Decl., ¶¶ 4-5, 28-29 & Exs. 7-8, 31-32. |

| | |
|---|---|
| displayed on the cover of the book's paperback edition and also appears as a graphic device in the book's interior.  Haney later became a writer and producer on the CBS television show "The Unit."  Since at least 2006, Haney's personal website promoting the book and the television series prominently has featured the Army Logo. | |
| 17.    In 2008, former Delta Force soldier Pete Blaber wrote and published "The Mission, The Men, and Me: Lessons from a Former Delta Force Commander."  "The Mission, The Men, and Me" recounted tales of Delta Force in Colombia, Somalia, Bosnia, Afghanistan, and Iraq. | Berkley Decl., ¶ 7 & Ex. 10. |
| 18.    In 2008, former Delta Force Operative Dalton Fury wrote "Kill Bin Laden: A Delta Force Commander's Account of the Hunt for the World's Most Wanted Man."  The book's cover displayed a "challenge coin" bearing the Army Logo. | Berkley Decl., ¶ 8 & Ex. 11. |

| | |
|---|---|
| 19.     The popular CBS news program "60 Minutes" ran a segment featuring Fury and his book in 2009. CBS featured the Army Logo in its introduction to the segment. | Berkley Decl., ¶ 30 & Ex. 33. |
| 20.     Delta Force and the Army Logo have been extensively popularized in fictional and cinematic works. | Berkley Decl., ¶¶ 10-12, 42-54 & Exs. 13-15, 45-57.  *See also* SUF Nos. 21-31, *infra*. |
| 21.     One cinematic work involving the Delta Force was the 1986 film "The Delta Force."  "The Delta Force" tells the story of an airline hostage rescue operation by the Delta Force.  An "army consultant" reputed to be a former member of the U.S. Special Forces is credited on the film. | Berkley Decl., ¶¶ 11, 42 & Exs. 14, 45; *see also* Mayer Decl., Ex. 77 (NovaLogic Response to RFA No. 35). |
| 22.     The 1986 motion picture "The Delta Force" depicts not only a fictionalized version of the Delta Force unit and the phrase "Delta Force," but also depicts the Army Logo, including on the side of a U.S. military aircraft at the film's climactic ending. | Berkley Decl., ¶¶ 11, 41 & Exs. 14, 44. |
| 23.     The motion picture "The Delta Force" is reported to have grossed | Berkley Decl., ¶¶ 42-44 & Exs. 45-47. |

| | |
|---|---|
| more than $17 million in box office receipts, and was followed by two sequels. | |
| 24.   Starting in 1997, a series of five films featuring Delta Force were released under the franchise title "Operation Delta Force." | Berkley Decl., ¶ 45 & Exs. 48. |
| 25.   A film titled "Delta Force One: The Lost Patrol" apparently was released in 2002. | Berkley Decl., ¶ 46 & Ex. 49. |
| 26.   The Ridley Scott film "Black Hawk Down" (based on the bestselling book of the same name), released in 2001, is a depiction of Delta Force in combat during the conflict in Somalia. | Berkley Decl., ¶¶ 12-13 & Exs. 15-16. |
| 27.   Delta Force appears in numerous works of popular fiction. | Berkley Decl., ¶¶ 10, 47-54 & Exs. 13, 50-57. |
| 28.   Former Delta Force soldier Dalton Fury has written at least two "Delta Force" novels (including "Black Site," and "Tier One Wild"). The covers of these novels prominently depict the triangle/lightning bolt portion of the Army Logo. | Berkley Decl., ¶¶ 10, 47 & Exs. 13, 50. |
| 29.   In 1991, the romance novel "A | Berkley Decl., ¶ 48 & Ex. 51 at p. 246. |

| | |
|---|---|
| Dangerous Man" featured a main character from Delta Force: the book describes the Army Logo shown on a wooden plaque, consisting of a "sword, blade pointed up, overlaid with a triangle…formed by a lightning bolt." | |
| 30.   Romance novelist Alexis Grant has authored two novels in a "Men of Delta Force" series. | Berkley Decl., ¶ 49 & Ex. 52. |
| 31.   Other novels that depict or discuss Delta Force are "Deception Point" by Dan Brown, "Rainbow Six," by Tom Clancy," "The Athena Project" by Brad Thor, "A Mission for Delta" by L.H. Burruss, and "Ice Hunt" by James Rollins. | Berkley Decl., ¶¶ 50-54 & Exs. 53-57. |
| 32.   Delta Force appears or is referenced in board games, tabletop role-playing games, and video games, including the video games "Crysis," "Shadow Ops: Red Mercury," "Act of War: High Treason," and "Spec Ops: The Line." | Berkley Decl., ¶¶ 55-63 & Exs. 58-66. |
| 33.   In or about 1998, NovaLogic released and marketed the first of a series of military-themed | Complaint, ¶ 19 |

Mitchell Silberberg & Knupp LLP

5178198.3

| | |
|---|---|
| videogames, titled "Delta Force" (the "NovaLogic Games"). | |
| 34.    NovaLogic has acknowledged that its 1998 game was based upon the activities of the U.S. Army's Delta Force Unit, which NovaLogic admitted was "created in 1979, modeled after the British Special Air Service (SAS)" and is a "highly secretive unit [designed] to serve as an overseas Commando and Counter-Terrorist unit which specialized in Hostage rescue, barricade operations and the nation's most sensitive military operations. …." | Butler Decl., ¶¶ 1-6 & Ex. 1 at pp. 4, 10-11, 13; Mayer Decl., ¶ 3 & Ex. 77 (NovaLogic Responses to RFAs Nos. 51-52).  *See also* Berkley Decl., ¶¶ 65, 69, 71 & Exs. 68, 72, 74. |
| 35.    "Delta Force" was advertised and marketed as depicting the "real U.S. Army Delta Force" and as including "military simulation features so players will feel as if they are actual members of Delta Force." | Butler Decl., ¶¶ 1-6 & Ex. 1 at pp. 4, 6, 8; *see also* Berkley Decl., ¶ 71 & Ex. 74. |
| 36.    NovaLogic touted that it relied on the advice of a "former Delta Force Assault Troop Commander" or "Former Delta Force Officer" to imbue the game with "true characteristics of a Delta Force | Butler Decl., ¶¶ 1-6 & Ex. 1 at pp. 6, 8; Berkley Decl., ¶ 65 & Ex. 68; Mayer Decl. ¶¶ 2-3 & Ex. 75 at p. 4; Ex. 77 (NovaLogic Response to RFA No. 48). |

| | |
|---|---|
| soldier." | |
| 37.      NovaLogic has admitted that it used the term "Delta Force" to "depict what it believed was an unofficial and mysterious unit of the United States Army." | Mayer Decl., ¶ 3 & Ex. 77 (NovaLogic Responses to RFAs Nos. 31, 32, 57). |
| 38.      NovaLogic released a number of sequels to Delta Force. | Complaint, ¶ 19. |
| 39.      Like the original 1998 game, subsequent NovaLogic Games consistently represented that they were based on the "real Delta Force unit." | Butler Decl., ¶¶ 1-6 & Ex. 1 at pp. 10, 16-21; Berkley Decl., ¶¶ 64, 66-68, 70 & Exs. 67, 69-71, 73; Mayer Decl., ¶ 3 & Ex. 77 (NovaLogic Responses to RFAs Nos. 51-53).  *See also* Mayer Decl., ¶ 2 & Ex. 75; Berkley Decl.,  ¶ 71 & Ex. 74. |
| 40.      In the marketing materials for "Delta Force: Land Warrior," NovaLogic stated that the player can "take control of the US Army's elite anti-terrorist unit." | Butler Decl., ¶¶ 1-6 & Ex. 1 at p. 18; Berkley Decl., ¶ 66 & Ex. 69 at p. 393. *See also* Mayer Decl., ¶ 3 & Ex. 77 (NovaLogic Response to RFA No. 61). |
| 41.      In the marketing materials for Delta Force 2, NovaLogic stated that "[y]ou're a member of the U.S. Army's best-kept secret: the elite SPECIAL OPERATIONS unit known as Delta Force, formed to BATTLE TERRORISM throughout | Butler Decl., ¶¶ 1-6 & Ex. 1 at p. 16; Berkley Decl., ¶¶ 66-67 & Exs. 69-70 at pp. 392, 402. |

| | |
|---|---|
| the world." | |
| 42.     In the marketing materials for "Delta Force: Task Force Dagger" and "Delta Force: Black Hawk Down – Team Sabre," NovaLogic stated that "[a]s the US army's elite special operations soldiers you are the most potent 'smart weapon' known to man. …  Nothing stands in your way." | Butler Decl., ¶¶ 1-6 & Ex. 1 at p. 20; Berkley Decl., ¶¶ 66-67 & Exs. 69-70 at pp. 393-94, 407. |
| 43.     In the marketing materials for "Delta Force: XTreme 2," NovaLogic stated that "[a]s part of Delta Force, the U.S. Army's most secretive and highly trained unit, you have the skills and the firepower to hunt them down and take them out." | Butler Decl., ¶¶ 1-6 & Ex. 1 at p. 21. |
| 44.     A 1999 statement on NovaLogic's website stated that "Delta Force" is based on "actual events" and on "missions [that] real Delta Force operators would be employed to do." | Butler Decl., ¶¶ 1-6 & Ex. 1 at p. 13; Mayer Decl., ¶ 3 & Ex. 77 (NovaLogic Response to RFA No. 53). |
| 45.     A 2001 NovaLogic press release stated that "[t]he real Delta Force unit, on which the [Delta Force] games franchise is based, was | Butler Decl., ¶¶ 1-6 & Ex. 1 at p. 10; *see also* Berkley Decl., ¶ 71 & Ex. 74 at p. 435. |

| | |
|---|---|
| originally created in 1979 and modeled after the British Special Air Service (SAS)." | |
| 46.     The NovaLogic Delta Force Games have been marketed using the Army Logo or a close variant thereof (the "NovaLogic Delta Logo"). | Mayer Decl., ¶¶ 2-3 & Exs. 75, 77 (NovaLogic Responses to RFAs Nos. 13, 15). |
| 47.     Like the Army Logo, the NovaLogic Delta Logo contains a triangle punctuated by a lightning bolt with an upright dagger in the center. | Mayer Decl., ¶ 2 & Ex. 75. |
| 48.     NovaLogic admitted that it did not independently create the NovaLogic Delta Logo, but that it was derived from a pre-existing design (namely, the Army Logo). | Mayer Decl., ¶ 3 & Ex. 77 (NovaLogic Responses to RFAs Nos. 13, 15). |
| 49.     On the NovaLogic website, the NovaLogic Delta Logo is featured one of a set of "Soldier Profiles" for ten celebrated and actually existing organizations around the world (including not only Delta Force, but also the Green Berets, the CIA, and the British SAS), each describing the organization alongside a depiction of its associated insignia. | Berkley Decl., ¶ 64 & Ex. 67. |

Mitchell
Silberberg &
Knupp LLP

5178198.3

13

| | |
|---|---|
| 50. The Delta Force games display the title "DELTA FORCE" (in all capital letters), followed by the subtitle (*e.g.*, "Xtreme," "Urban Warfare"), with NovaLogic prominently identified as the publisher. | Mayer Decl., ¶ 2 & Ex. 75; Berkley Decl., ¶¶ 66-67 & Exs. 69-70. |
| 51. Activision is a video game publisher, engaged in the business of developing, financing, producing, marketing and distributing high-quality computer software games. | Declaration of Michael Condrey ("Condrey Decl."), ¶ 2. |
| 52. Activision is the publisher of the "Call of Duty" series of video games. The "Call of Duty" games are military action/military fantasy games, in which the player assumes control of a military soldier and fights against computer- or human-controlled opponents across a variety of computer-generated battlefields. | Condrey Decl., ¶ 3 & Ex. 2. |
| 53. The original Call of Duty was released in 2003, and was followed by Call of Duty 2 in 2005 and Call of Duty 3 in 2006. In 2007, Activision released the first of its "Call of Duty: Modern Warfare" series of games | Condrey Decl., ¶ 3 & Ex. 2. |

Mitchell
Silberberg &
Knupp LLP

5178198.3

14

| | |
|---|---|
| ("Call of Duty 4: Modern Warfare"). Activision subsequently released "Call of Duty: Modern Warfare 2" in 2009 and "Call of Duty: Modern Warfare 3" ("MW3") in 2011. | |
| 54.     The "Call of Duty: Modern Warfare" games take place in the near-future and place players in the role of modern-day soldiers involved in high-risk combat operations throughout the world. | Condrey Decl., ¶ 3 & Ex. 2. |
| 55.     One author has commented that "[M]aybe the most compelling and wide-reaching depictions of special ops today are not in movies or TV but in that 21st-century medium, the first-person shooter videogame – like the Call of Duty series (*Modern Warfare* and *Black Ops*)…". | Berkley Decl., ¶ 9 & Ex. 12 at p. 95. |
| 56.     MW3 was released in 2011 for the XBox 360, PlayStation 3, and Wii consoles, and for Windows personal computers. | Condrey Decl., ¶ 5 & Ex. 2. |
| 57.     MW3 is a military adventure that takes place in the year 2016.  In this hypothetical near-future, the U.S. is at war with Russia and World War | Condrey Decl., ¶ 7 & Ex. 2. |

| | |
|---|---|
| III is imminent.  Meanwhile, a terrorist group, led by villain Vladmir Makorov, has obtained access to Russian nuclear weapons and threatens to destroy the Western world.  MW3 tells the story of a group of elite international soldiers tasked with a variety of high-risk missions to save the world and stop Makorov, such as securing a radio tower in New York, rescuing the U.S. vice president in Germany, infiltrating a hotel in Prague, stopping a kidnapping plot in Siberia, and ultimately capturing Makorov in the Arabian Peninsula. | |
| 58.     MW3 is a fully cinematic experience, featuring story, dialog, music, special effects, and all of the other elements one would expect from a big-budget entertainment franchise. | Condrey Decl., ¶ 10 & Ex. 2. |
| 59.     MW3 is a realistic and convincing portrayal of modern combat operations.  Weapons are generally as faithful as possible to their real-world counterparts. | Condrey Decl., ¶ 9 & Ex. 2. |

| | |
|---|---|
| Locations around the world (such as New York and Paris) are rendered in detail are readily identifiable (e.g., by using landmarks modeled to look like the real New York Stock Exchange and the Eiffel Tower).  Real-world vehicles are used.  Additionally, the names and logos of actual combat forces and troops are used, such as the U.S. Army Rangers and the British Special Air Service ("SAS"). | |
| 60.     Like other games in the "Call of Duty" series, the single-player campaign of MW3 is divided into discrete "missions" or "levels," and the player's perspective shifts between a few main characters from mission to mission. | Condrey Decl., ¶ 8 & Ex. 2. |
| 61.     MW3's main characters are special forces operatives, including members of the United States Delta Force; members of the British Special Air Service ("SAS"); and agents of the Russian FSO (Federal Protective Service).  Each of these characters plays a part in the overall story, which unfolds during the | Condrey Decl., ¶ 8 & Ex. 2; Declaration of Omer Salik ("Salik Decl."), Ex. 3. |

| | |
|---|---|
| course of the game. | |
| 62.    In seven out of 16 missions, MW3 players play a member of a Delta Force team.  These missions include an assault on the New York Stock Exchange, a fight on the streets of Paris, and a rescue operation of the Russian president in a Siberian diamond mine. | Condrey Decl., ¶ 8 & Ex. 2; Salik Decl., Ex. 3. |
| 63.    Delta Force first is introduced in a mission titled "Black Tuesday." In the introductory sequence to that mission, senior Department of Defense officials explain that the Russians are jamming a satellite signal and use satellite and electronic imaging to analyze which U.S. military units are closest to the jamming tower.  After reviewing the locations of an Army Ranger, Marines, and Delta Force team, the U.S. Central Command contacts the Delta Force team and instructs its commander, Sgt. Derek Frost, to disable the tower.  Players then take control of Frost and lead him and his team to their objective. | Condrey Decl., Ex. 2; Salik Decl., Ex. 3. |

Mitchell
Silberberg &
Knupp LLP

5178198.3

18

| | |
|---|---|
| 64.     Before each MW3 mission, the player is given a mission briefing, and then the logo of the special forces unit featured in the upcoming mission is displayed.  Each special forces unit has its own unique circular logo, derived from the actual military logos used by or associated with the unit.  For example, the Russian FSO logo is a red star with the Soviet hammer-and-sickle inside, and the British SAS logo is a set of wings with a downward-pointed dagger in the center. | Condrey Decl., ¶ 12 & Ex. 2; Declaration of Omer Salik, Ex. 3. |
| 65.     At the start of each mission, the game displays the mission's title, the date and time, the name of the soldier the player is about to assume control of, the special forces team involved, and the mission's geographic location. | Condrey Decl., ¶ 12 & Ex. 2; Salik Decl., Ex. 3. |
| 66.     Before missions featuring Frost and his Delta Force unit, a Delta Force logo (the "MW3 Delta Logo") is briefly displayed. | Condrey Decl., ¶ 12 & Ex. 2; Salik Decl., Ex. 3. |
| 67.     The MW3 Delta Logo is comprised of a triangle punctuated by | Condrey Decl., ¶ 12 & Ex. 2; Salik Decl., Ex. 3. |

Mitchell
Silberberg &
Knupp LLP

5178198.3

| | |
|---|---|
| a lightning bolt, with an upright knife in the center of the triangle, encased within a circle bearing the words "Delta Force – United States Army." The MW3 Delta Logo evokes the Army Logo but modifies the design in some respects, including by repositioning the triangle lightning-bolt image, replacing the dagger with a knife, and including the words "Delta Force – United States Army" along the edge of the seal. | |
| 68.    The MW3 Delta Insignia is different from the Army Logo and NovaLogic Delta Logo, including because (unlike the Army Logo), it contains an express reference to the U.S. Army. | *Compare* Condrey Decl., Ex. 2 and Salik Decl., Ex. 3 *with* Berkley Decl., Exs. 5-6, 17 and *with* Mayer Decl., Ex. 75. |
| 69.    The words "Delta Force" and the MW3 Delta Logo appear for only a few minutes of the 7-8 hour campaign experience. | Condrey Decl., Ex. 2. |
| 70.    In addition to the single player story-driven campaign, MW3 includes a multiplayer mode, in which the player fights against or alongside other players within a | Condrey Decl., ¶ 13 & Ex. 2. |

Mitchell
Silberberg &
Knupp LLP

5178198.3

| | |
|---|---|
| computer-generated battlefield (or "map"). | |
| 71.    MW3 shipped with 16 multiplayer maps, each of which pits two military units against each other. The special forces teams participating in the match are pre-designated, based logically upon the nature and location of the map (and, in some cases, the map's relationship to the single-player story).  For example, the "Bakaara" map, which depicts an African city, pits the "Africa Militia" against the "PMC" (Private Military Company) | Condrey Decl., ¶ 14 & Ex. 2. |
| 72.    When a player joins a multiplayer match, he or she is assigned to a team, while a screen displays a list of the teams and their logos, along with the names of the players who have selected each team. At the start of the match, the name of the player's team and its logo is displayed again (to remind players which team they are on).  Finally, at the end of the match, the names and logos of the two teams again are | Condrey Decl., ¶¶ 15, 17 & Ex. 2; Salik Decl., Ex. 3. |

| | |
|---|---|
| displayed, along with the final score for the match.  In certain game types, flags and weapons appear on the battlefield that bear the insignia of the two competing teams.  Additionally, in a multiplayer mode called "Special Ops," the player can call in computer-controlled Delta Force teammates to assist on the battlefield. | |
| 73.    Seven multiplayer maps place the Delta Force against the Russian Spetsnaz (special forces).  These maps generally depict locations that are related to U.S./Russian conflicts in the single-player campaign, such as in New York City, Europe, and Siberia.  Like the other multiplayer maps, in these seven maps the words "Delta Force" and the MW3 Delta Logo are displayed (along with the Russian Spetsnaz name and logo) during the matchmaking process and at the end of the match as part of the scoreboard.  Additionally, if the player has elected to play on the Delta Force team, the words "Delta | Condrey Decl., ¶ 16 & Ex. 2. |

| | |
|---|---|
| Force" and the MW3 Delta Logo are displayed at the beginning of the match (by contrast, if the player has elected to play on the Spetsnaz team, the word "Spetsnaz" and the Spetsnaz logo are displayed.) | |
| 74.    The words "Delta Force" and the MW3 Delta Logo appear for only a short time in connection with each multiplayer match. | Condrey Decl., ¶¶ 15-16 & Ex. 2 |
| 75.    MW3 is filled with logos and symbols, including the logos of military special ops units (such as the SAS and Task Force 141), the logos of government branches such as the Department of Defense, and well-known symbols such the international symbols for biohazard or nuclear materials. | Condrey Decl., ¶ 11 & Ex. 2; Salik Decl., Ex. 3. |
| 76.    Neither the words "Delta Force" nor the MW3 Delta Logo are used in MW3's title, on the game's packaging, or in advertising for the game. | Condrey Decl., Ex. 2. |
| 77.    No reference is made in MW3 (or any MW3 materials) to NovaLogic or any of its games. | Condrey Decl., Ex. 2; Mayer Decl., ¶ 3 & Ex. 77 (NovaLogic Responses to RFAs Nos. 88-91). |

| | |
|---|---|
| 78.    MW3 does not purport to be a sequel, remake, or reimagining of NovaLogic's "Delta Force" series. | Condrey Decl., Ex. 2. |
| 79.    MW3 does not claim or suggest in any manner that it was made with the participation or endorsement of NovaLogic. | Condrey Decl., Ex. 2; Mayer Decl., ¶ 3 & Ex. 77 (NovaLogic Response to RFA No. 88). |
| 80.    MW3's box is clear as to its origin and source, as it prominently displays the title "CALL OF DUTY: MW3," identifies its makers as "Activision" (and its affiliated studios "Infinity Ward," and "Sledgehammer Games") and uses a distinctive white-and-green color scheme. | Condrey Decl., Ex. 2; Mayer Decl., ¶ 3 & Ex. 77 (NovaLogic Response to RFA No. 92). |
| 81.    The box for MW3 explicitly references the earlier "Call of Duty: Modern Warfare Games," touting that "The Best-Selling Franchise in XBox 360 History Is Back." | Condrey Decl., Ex. 2. |
| 82.    BradyGames, a division of Penguin (USA) Inc. ("Brady") is a publisher of high-quality video game strategy guides. | Declaration of Timothy Fitzpatrick ("Fitzpatrick Decl."), ¶ 2-3. |
| 83.    In 2011, pursuant to a license from Activision, Brady published the | Fitzpatrick Decl., ¶¶ 4-6 & Ex. 4. |

| | |
|---|---|
| "BradyGames Signature Series Guide" for MW3 (the "MW3 Guide). | |
| 84.    The MW3 Guide is a 350-page book featuring a detailed walkthrough of the game, including illustrations of maps, lists of objectives, tactics and strategies, weapon statistics, the locations of objects and hidden items, and thousands of in-game screenshots. | Fitzpatrick Decl., ¶ 7 & Ex. 4. |
| 85.    The only use of the Delta Force name and MW3 Delta Insignia in the MW3 Guide is in the description of each of the Delta Force missions, beneath the title of the mission is a tiny image of the MW3 Delta Insignia and the word "Delta Force."  The words "Delta Force" and the MW3 Delta Logo appear on six pages of the 350-page guidebook, and the single word "Delta" appears on seven pages. | Fitzpatrick Decl., ¶¶ 7-8 & Ex. 4. |
| 86.    The MW3 Delta Logo is depicted only inside the MW3 Guide, only in connection with the Delta Force missions, and is extremely small, serving a descriptive function. | Fitzpatrick Decl., ¶ 9 & Ex. 4. |

| | |
|---|---|
| The MW3 Delta Logo is used logically and artfully in the context of the book. | |
| 87.    The MW3 Guide does not use the "Delta Force" name or the MW3 Delta Logo on its cover, except that the back cover depicts a sample page from the book reflecting one of the Delta Force missions. | Fitzpatrick Decl., ¶ 7 & Ex. 4. |
| 88.    The MW3 Guide does not reference NovaLogic or its "Delta Force" franchise; nor does it suggest any affiliation or relationship with NovaLogic. | Fitzpatrick Decl., ¶ 7 & Ex. 4; Mayer Decl., ¶ 3 & Ex. 77 (NovaLogic Response to RFA No. 91). |
| 89.    The MW3 Guide clearly identifies that it is a guide for MW3, contains the MW3 cover image on its cover, and prominently displays the Activision, Infinity Ward, and Sledgehammer Games names and logos on its front and back cover. | Fitzpatrick Decl., ¶ 7 & Ex. 4; Mayer Decl., ¶ 3 & Ex. 77 (NovaLogic Responses to RFAs Nos. 95-96). |
| 90.    NovaLogic has admitted that it has no evidence that any person purchased MW3 or the MW3 Guide as a result of a mistaken belief that such products were affiliated with, sponsored by, or otherwise related to | Mayer Decl., ¶ 3 & Ex. 77 (NovaLogic Responses to RFAs Nos. 105, 108). |

| | |
|---|---|
| NovaLogic's Delta Force games. | |
| 91.    NovaLogic has not produced any evidence that any consumer was misled by Activision into believing that NovaLogic was the source of MW3 or was affiliated with or sponsored the game. | Mayer Decl., ¶ 3 & Ex. 76. |

## CONCLUSIONS OF LAW

| | |
|---|---|
| 1.    "In cases involving free speech, a speedy resolution is desirable because protracted litigation may chill the exercise of First Amendment rights.  For that reason, summary judgment is a favored remedy in free speech cases." | Kirby v. Sega of America, Inc., 144 Cal. App. 4th 47, 54 607 (2006). |
| 2.    Courts in this District and have granted summary judgment for the defendant on cases involving the interplay of the Lanham Act and First Amendment. | E.S.S. Entertainment 2000 v. Rock Star Videos, 547 F.3d 1095, 1099 (9th Cir. 2008); Roxbury Entertainment v. Penthouse Media Group, 669 F. Supp. 2d 1170 (C.D. Cal. 2009). |
| 3.    Trademark rights do not entitle the owner to quash an unauthorized use of the mark by another who is communicating ideas or expressing | Mattel, Inc. v. MCA Records, Inc., 296 F.3d 894, 900 (9th Cir. 2002) |

| | |
|---|---|
| points of view.  Otherwise, trademark rights would grow to encroach upon the zone protected by the First Amendment." | |
| 4.      The First Amendment provides a complete defense to Lanham Act claims involving artistic works. | <u>Roxbury</u>, 669 F. Supp. 2d at 1170. |
| 5.      Video games such as MW3 are core speech protected by the First Amendment. | <u>Brown v. Entertainment Merchants Association</u>, 131 S. Ct. 2729, 2733, 180 L.Ed.2d 708 (2011); <u>Kirby</u>, 144 Cal. App. 4th at 58; <u>Interactive Digital Software Ass'n v. St. Louis Co., Mo.</u>, 329 F.3d 954, 957 (8th Cir. 2003); <u>Brown v. Electronic Arts</u>, No. 2:09-cv-01598, 2009 WL 8763151, at *4 (C.D. Cal. Sept. 23, 2009) |
| 6.      Courts in this Circuit evaluate trademark claims involving expressive works using the test articulated in <u>Rogers v. Grimaldi</u>, 875 F.2d 994 (2d Cir. 1989). | <u>E.S.S.</u>, 547 F.3d at 1099 (9th Cir. 2008); <u>Mattel</u>, 296 F.3d at 902. |
| 7.      Under the <u>Rogers</u> test, "an artistic work's use of a trademark that otherwise would violate the Lanham Act is not actionable 'unless [1] the [use of the mark] has no artistic relevance to the underlying work whatsoever, or, [2] if it has some | <u>E.S.S.</u> 547 F.3d at 1099. |

| | |
|---|---|
| artistic relevance, unless [it] explicitly misleads as to the source or the content of the work.'" | |
| 8.      Only the use of a trademark with "no artistic relevance to the underlying work whatsoever'" does not merit First Amendment protection.  In other words, "[t]he level of relevance merely must be above zero." | E.S.S., 547 F.3d at 1100; Rogers, 875 F.2d at 999. Roxbury, 669 F. Supp. 2d at 1170 |
| 9.      To be 'explicitly misleading,' "the defendant's work must make some *affirmative statement* of the plaintiff's sponsorship or endorsement, beyond the mere use of plaintiff's name or other characteristic." | Dillinge LLC v. Electronic Arts Inc., No. 09-cv-1236, 2011 WL 2457678, at *6 (S.D. Ind. June 16, 2011) (emphasis added), citing Rogers, 875 F.2d at 1001. |
| 10.     The "mere use, without more, is insufficient to make the use explicitly misleading." | Roxbury, 669 F. Supp. 2d at 1176; E.S.S., 547 F.3d at 1100. |
| 11.     The First Amendment defense applies equally to state law trademark claims. | E.S.S., 547 F.3d at 1101 |

Mitchell
Silberberg &
Knupp LLP

5178198.3

29

1    DATED:  March 14, 2013              KARIN G. PAGNANELLI
                                         MARC E. MAYER
2                                        GILBERT LEE
                                         MITCHELL SILBERBERG & KNUPP LLP
3

4                                        By:  /s/ Marc E. Mayer
5                                            Marc E. Mayer
                                             Attorneys for Defendants
6                                            ACTIVISION BLIZZARD,
                                             ACTIVISION PUBLISHING,
7                                            VOYETRA TURTLE BEACH, INC.,
                                             PENGUIN GROUP (USA), INC., and
8                                            MICROSOFT CORPORATION, and
                                             Counterclaimant ACTIVISION
9                                            PUBLISHING, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

5178198.3