# Exhibit 75

# RUSSELL S. WINER

William Joyce Professor of Marketing
Chairman, Department of Marketing
Stern School of Business, 40 W.4th Street
806 Tisch Hall
New York University
New York, NY 10012
rwiner@stern.nyu.edu
www.stern.nyu.edu/~rwiner
Twitter: @russwiner
Phone: +212.998.0540, Mobile +917.209.5711

## Curriculum Vitae

April, 2013

## EDUCATION

| | |
|---|---|
| Ph.D., Industrial Administration | Carnegie Mellon University, 1977 |
| M.S., Industrial Administration | Carnegie Mellon University, 1975 |
| B.A., Economics | Union College, 1973 |

## HONORS

Phi Beta Kappa, 1973
American Marketing Association, Doctoral Consortium Fellow, 1975
American Marketing Association, Doctoral Dissertation Competition, Honorable Mention, 1977
Best Teacher Award, Vanderbilt Executive MBA Class of 1987
Best Teacher Award, UC-Berkeley Evening MBA Program, 1992
Lifetime Achievement Award, Fordham University Pricing Center, 2002
Direct Marketing Educational Foundation Robert B. Clarke Outstanding Educator, 2003
Inaugural Fellow of the INFORMS Society for Marketing Science, 2008
American Marketing Association/Irwin/McGraw-Hill Distinguished Marketing Educator Award for Lifetime Achievement in Marketing, 2011

## PROFESSIONAL MEMBERSHIPS

American Economic Association, American Marketing Association, Association for Consumer Research, European Marketing Academy, INFORMS, INFORMS Society for Marketing Science (ISMS).

Plaintiff's Summary Judgment Exhibit No. 75

**ACADEMIC APPOINTMENTS**

| | |
|---|---|
| 1977-1984 | Columbia University<br>Graduate School of Business<br>Assistant/Associate Professor |
| 1984-1988 | Vanderbilt University<br>Owen Graduate School of Management<br>Associate Professor<br>Director of the Doctoral Program (1986-8) |
| 1987 | Massachusetts Institute of Technology<br>Sloan School of Management<br>Visiting Associate Professor of Management Science |
| 1988-2002 | University of California at Berkeley<br>Haas School of Business<br>J. Gary Shansby Professor of Marketing Strategy<br>Marketing Group Chair (1988-92, 1994-2002)<br>Associate Dean for Academic Affairs and Faculty Chair (1992-96, 1998-9) |
| 2000 | Stanford University<br>Graduate School of Business<br>Visiting Professor of Marketing |
| 2003-present | Stern School of Business<br>New York University<br>William Joyce Professor of Marketing<br>Deputy Dean (2003-6)<br>Chair, Marketing Department (2008- )<br>Academic Director, Stern Center for Measurable Marketing (2006- ) |
| 2007-2009 | Executive Director<br>Marketing Science Institute<br>Cambridge, MA |
| 2009-present | Dean, Department of Business Administration<br>University of the People (www.uopeople.org) |

Visiting Scholar appointments: Cranfield School of Management; Tokyo University; Stanford University Graduate School of Business.

Other MBA teaching: Helsinki School of Economics, École Nationale des Ponts et Chaussées (Paris, Cochin India, Buenos Aires, Casablanca), Indian Institute of Planning and Management (Delhi, Hyderabad, Bangalore, Chennai), Indian School of Business (Hyderabad).

**MANAGEMENT DEVELOPMENT PROGRAMS**

Executive teaching in Marketing Research, Planning, and Strategy for Columbia, Vanderbilt, the University of California, New York University, and various companies and organizations including the New York Telephone Company, South Central Bell, Chemical Bank, Tennessee Bankers Association, Sovran Bank, Young Presidents' Organization, Tennessee Valley Authority, Warner Brothers Records, Kaiser Permanente, Western Farm Credit Bank, Becton Dickinson Immunocytometry Systems, Southwestern Bell, Pacific Bell, Hungarian Marketing Association, Perkin-Elmer Applied Biosystems Division, Pratt & Whitney China Management Training Program, ESADE (Barcelona, Madrid), L'Oreal, General Electric, Peking University, Dell Computer (Round Rock, TX; Penang, Malaysia; Bratislava, Slovakia; Porto Alegre, Brazil; Bangalore, India), THINK Education (Mumbai), Korean Chamber of Commerce (KOCHAM).

**PROFESSIONAL ACTIVITIES**

Editorial Boards:

*Journal of Marketing Research* (1989- , Editor: 1997-2000, 2005-06)
*Marketing Science* (1990-97, 2002- , Area Editor: 1992-97)
*Journal of Marketing* (1997- )
*International Journal of Research in Marketing* (Associate Editor: 2006- )
*Review of Marketing Science* (Co-editor: 2006-11)
*Marketing Letters* (2007- )
*Journal of Advertising Research* (2010- )
*Journal of Interactive Marketing* (1988-2005, Co-Editor: 2000-05, Editor Emeritus)
*Journal of Consumer Research* (1983-2002 , Associate Editor: 1993-96)

Professional Service: Past Secretary-Treasurer (1980-81) and Chairman (1984-85) of the Marketing College of The Institute of Management Sciences; Secretary of The Institute of Management Sciences (1987-89); Member, Combined Finance Committee of The Institute of Management Sciences (1989-90); Advisory Council for the TIMS College on Marketing (1993-95); TIMS Marketing Strategy Committee (1992-94); Publications Committee of the Association for Consumer Research (1988-89); Academic Trustee, Marketing Science Institute (1994-2000, 2006-7); Vice President for Publications, American Marketing Association (2004-8).

External Reviewer for Marketing Departments: University of Pennsylvania (Wharton), Carnegie Mellon University (Graduate School of Industrial Administration), Northwestern University (Kellogg), National University of Singapore, Columbia University, Boston College.

**BUSINESS EXPERIENCE**

Consulting: New York Telephone Company, American Airlines-Freight Marketing, National Particleboard Association, Long Island Lighting Company, Ogilvy and Mather, Dancer-Fitzgerald-Sample, Martin Marietta, Executive Programs-Columbia University, First American Bank, Kidder Peabody, Perkin-Elmer Applied Biosystems Division, ATX Technologies, Damovo do Brasil, various expert witness assignments.

Director/Advisor: Decidia, Revionics, Marketing Science Institute, Direct Marketing Educational Foundation, European School of Management and Technology (ESMT), DGA Security.

Past Director/Advisor: Roundtable Pizza, Manischewitz, Henley Management College (U.K.), American Marketing Association.

**PUBLICATIONS**

Books

Winer, Russell S. and Ravi Dhar (2011), *Marketing Management*, 4th ed., Upper Saddle River, NJ: Prentice Hall.  Translated into Chinese, Italian.

Lehmann, Donald R. and Russell S. Winer (2008), *Analysis for Marketing Planning*, 7th ed., Burr Ridge, IL: Irwin.  Translated into Japanese, Greek, and Chinese.

Winer, Russell S. (2006), *Pricing*, Cambridge, MA: Marketing Science Institute.

Lehmann, Donald R. and Russell S. Winer (2005), *Product Management*, 4th ed., Burr Ridge, IL: Irwin/McGraw-Hill.  Translated into Chinese, Russian, and Spanish.

Neslin, Scott and Russell S. Winer (2013), *The History of Marketing Science* (working title), in development, to be published by now publishers, inc.

Articles

Winer, Russell S. and Huntley W.H. Zia (1975), "A Sequential Analysis Approach to Determining the Optimal Length of a Test Marketing Period," *Proceedings*, Canadian Association of Administrative Sciences.

Staelin, Richard and Russell S. Winer (1976), "A Unobservable Variables Model for Determining the Effect of Advertising on Consumer Purchases," *Proceedings*, Fall Conference of the American Marketing Association.

Winer, Russell S. (1976), "A Time-Varying Parameter View of the Sales-Advertising Relationship," *Proceedings*, Fall Conference of the American Marketing Association.

Avery, Robert, Andrew Mitchell, and Russell S. Winer (1976), "Issues in Modeling the Carryover Effects of Advertising," *Proceedings*, Fall Conference of the American Marketing Association.

Wildt, Albert R. and Russell S. Winer (1978), "Modeling Structural Shifts in Marketing Response: An Overview," *Proceedings*, Fall Conference of the American Marketing Association.

Elrod, Terry and Russell S. Winer (1979), "Estimating the Effects of Advertising on Individual Household Purchasing Behavior," *Proceedings*, Fall Conference of the American Marketing Association.

Farley, John U., Jerrold P. Katz, Donald R. Lehmann, and Russell S. Winer (1979), "Measurement and Parameter Stability in a Multi-Wave Consumer Panel," *Proceedings*, TIMS/ORSA Conference on Market Measurement held at Stanford University.

Elrod, Terry and Russell S. Winer (1979), "An Empirical Comparison of Aggregation Criteria for Developing Market Segments," *Proceedings*, TIMS/ORSA Conference on Market Measurement held at Stanford University.

Winer, Russell S. (1979), "An Analysis of the Time Varying Effects of Advertising: the Case of Lydia Pinkham," *Journal of Business*, 52 (October), 563-576.

Winer, Russell S. (1979), "On Family Versus Firm Level Analysis of the Effects of Advertising," *Decision Sciences*, 10 (October), 547-561.

Winer, Russell S. and Michael J. Ryan (1979), "Analyzing Cross-Classification Data: An Improved Method for Predicting Events," *Journal of Marketing Research*, 16 (November), 539-544.

Holbrook, Morris B., William L. Moore, and Russell S. Winer (1980), "Using 'Pick Any' Data to Represent Competitive Positions," *Proceedings*, TIMS/ORSA Conference on Market Measurement held at the University of Texas at Austin.

Winer, Russell S. (1980), "A Longitudinal Model to Decompose the Effects of an Advertising Stimulus on Family Consumption," *Management Science*, 26 (January), 78-85.

Winer, Russell S. (1980), "Estimation of a Longitudinal Model to Decompose the Effects of an Advertising Stimulus on Family Consumption," *Management Science*, 26 (May), 471-482.

Winer, Russell S. (1980), "Analysis of Advertising Experiments," *Journal of Advertising Research*, 20 (June), 25-32.

Winer, Russell S. (1981), "Attrition Bias in Econometric Models Estimated from Panel Data," *Proceedings*, Association for Consumer Research.

Farley, John U., Donald R. Lehmann, Russell S. Winer, and Jerrold P. Katz (1982), "Parameter Stationarity and 'Carryover Effects' in a Consumer Decision Process Model," *Journal of Consumer Research*, 8 (March), 465-471.

Holbrook, Morris B., William L. Moore, and Russell S. Winer (1982), "Constructing Joint Spaces from Pick-Any Data: A New Tool for Consumer Analysis," *Journal of Consumer Research*, 9 (June), 99-105.

Elrod, Terry and Russell S. Winer (1982), "An Empirical Comparison of Market Segmentation Criteria," *Journal of Marketing*, 46 (Fall), 65-74.

Lehmann, Donald R. and Russell S. Winer (1983), "An Examination of the Competitor Analysis Process," *Proceedings*, TIMS/ORSA Marketing Science Conference held at the University of Southern California.

Hulbert, James M., Donald R. Lehmann, and Russell S. Winer (1983), "Objective and Strategy Determination: Some Empirical Results," *Journal of Business Research*, 11, 427-438.

Winer, Russell S. (1983), "Attrition Bias in Econometric Models Estimated with Panel Data," *Journal of Marketing Research*, 20 (May), 177-186.

Wildt, Albert R. and Russell S. Winer (1983), "Modelling and Estimation in Changing Market Environments," *Journal of Business*, (July), 365-388.

Weinberg, Charles B. and Russell S. Winer (1983), "Working Wives and Major Family Expenditures: Update, Replication, and Extension," *Journal of Consumer Research*, 10 (September), 259-263.

Winer, Russell S. (1985), "A Price Vector Model of Demand for Consumer Durables: Preliminary Developments," *Marketing Science*, 4 (Winter), 74-90.

Winer, Russell S. (1985), "A Revised Behavioral Model of Consumer Durable Demand," *Journal of Economic Psychology*, 6 (June), 175-184.

Winer, Russell S. (1986), "A Reference Price Model of Demand for Frequently-Purchased Products," *Journal of Consumer Research*, 13 (September), 250-256. Reprinted in G.S. Carpenter, R. Glazer, and K. Nakamoto, eds., *Readings on Market-Driving Strategies*, (Reading, MA: Addison-Wesley), 1997.

Moore, William L. and Russell S. Winer (1987), "A Panel Data-Based Method for Merging Joint Space and Market Response Function Estimation," *Marketing Science*, 6 (Winter), 25-42 (with commentary).

Cooil, Bruce, Russell S. Winer, and David L. Rados (1987), "Cross-Validation for Prediction," *Journal of Marketing Research*, 24 (August), 271-279.

Farley, John U., Donald R. Lehmann, and Russell S. Winer (1987), "Stability of Membership in Market Segments Identified with a Disaggregate Consumption Model," *Journal of Business Research*, 15, 313-328.

Oliver, Richard L. and Russell S. Winer (1987), "A Framework for the Formation and Structure of Consumer Expectations: Review and Propositions," *Journal of Economic Psychology*, 8 (December), 469-499.

Glazer, Rashi, Joel H. Steckel, and Russell S. Winer (1987), "Group Process and Decision Performance in a Simulated Marketing Environment," *Journal of Business Research*, 15 (December), 545-557.

Winer, Russell S. (1988), "Behavioral Perspectives on Pricing: Buyers' Subjective Perceptions of Price Revisited," in T.M. Devinney, ed., *Issues in Pricing: Theory and Research*, Lexington, MA: Lexington Books, 35-57.

Glazer, Rashi, Joel H. Steckel, and Russell S. Winer (1989), "The Formation of Key Marketing Variable Expectations and their Impact on Firm Performance: Some Experimental Evidence," *Marketing Science*, 8 (Winter), 18-34.

Winer, Russell S. and William L. Moore (1989), "The Effects of Advertising and other Marketing Mix Variables on Brand Positioning," *Journal of Advertising Research*, 28 (February/March), 39-45.

Winer, Russell S. (1989), "A Multi-Stage Model of Choice Incorporating Reference Prices," *Marketing Letters*, 1 (December), 27-36.

Vanhonacker, Wilfried R. and Russell S. Winer (1990), "A Rational Random Behavior Model of Choice," *Applied Stochastic Models and Data Analysis*, 6 (March), 41-52.

Glazer, Rashi, Joel H. Steckel, and Russell S. Winer (1990), "Judgmental Forecasts of Key Marketing Variables: Rational vs. Adaptive Expectations," *International Journal of Forecasting*, 6 (July), 149-162.

Srinivasan, T.C. and Russell S. Winer (1990), "Empirical Modeling of Consumer Purchasing Behavior: A Review," *Review of Marketing*, Vol. 4, Chicago: American Marketing Association, 43-67.

Chaney, Paul K., Timothy M. Devinney, and Russell S. Winer (1991), "The Impact of New Product Introductions on the Market Value of Firms," *Journal of Business*, 64 (October), 573-610.

McAlister, Leigh, Rajendra Srivastava, Joel Horowitz, Morgan Jones, Wagner Kamakura, Jack Kulchitsky, Brian Ratchford, Gary Russell, Fareena Sultan, Tetsuo Yai, Doyle Weiss, and Russ Winer (1991), "Incorporating Choice Dynamics in Models of Consumer Behavior," *Marketing Letters*, 2 (August), 241-252.

Glazer, Rashi, Joel H. Steckel, and Russell S. Winer (1992), "Locally Rational Decision-Making: The Distracting Effect of Information on Managerial Performance," *Management Science*, 38 (February), 212-226.

Mayhew, Glenn E. and Russell S. Winer (1992), "An Empirical Analysis of Internal and External Reference Price Effects using Scanner Data," *Journal of Consumer Research*, 19 (June), 62-70.

Simonson, Itamar and Russell S. Winer (1992), "The Influence of Purchase Quantity and Display Format on Consumer Preference for Variety," *Journal of Consumer Research*, 19 (June), 133-138.

Sultan, Fareena and Russell S. Winer (1993), "Time Preferences for Products and Attributes for the Adoption of Technology-Driven Consumer Durable Innovations," *Journal of Economic Psychology*, 14, 587-613.

Winer, Russell S. (1993), "Using Single-Source Scanner Data as a Natural Experiment for Evaluating Advertising Effects," *Journal of Marketing Science* (Japanese), 2, 15-31.

Srinivasan, T.C. and Russell S. Winer (1994), "Using Neoclassical Consumer-Choice Theory to Produce a Market Map From Purchase Data," *Journal of Business and Economic Statistics*, 12 (January), 1-9.

Winer, Russell S., Randolph E. Bucklin, John Deighton, Tulin Erdem, Peter S. Fader, J. Jeffrey Inman, Hotaka Katahira, Kay Lemon, and Andrew Mitchell (1994), "When Worlds Collide: The Implications of Panel Data-Based Choice Models for Consumer Behavior," *Marketing Letters*, 5, 383-394.

Winer, Russell S. (1994), "The Annual Marketing Plan," in *AMA Management Handbook*, 3rd ed., edited by J. Hampton, New York: AMACOM Books, 2-42 - 2-47.

Kalyanaram, Gurumurthy and Russell S. Winer (1995), "Empirical Generalizations from Reference Price and Asymmetric Price Response Research," special issue of *Marketing Science* on empirical generalizations in marketing, 14 (part 2 of 2 in issue #3), G161-G169.

Kopalle, Praveen and Russell S. Winer (1996), "A Dynamic Model of Reference Price and Reference Quality," *Marketing Letters*, 7, Number 1, 41-52

Winer, Russell S. (1997), "Discounting and its Impact on Durables Buying Decisions," *Marketing Letters*, 8, Number 1, 109-118.

Winer, Russell S., John Deighton, Sunil Gupta, Eric J. Johnson, Barbara Mellers, Vicki G. Morwitz, Thomas O'Guinn, Arvind Rangaswamy, and Alan G. Sawyer (1997), "Choice in Computer-Mediated Environments," *Marketing Letters*, 8, Number 3, 287-96.

Stiving, Mark and Russell S. Winer (1997), "An Empirical Analysis of Price Endings with Scanner Data," *Journal of Consumer Research*, 24 (June), 57-67 .

Erdem, Tülin and Russell S. Winer (1999), "Econometric Modeling of Spatial Competition: A Multi-Category Analysis," *Journal of Econometrics*, 89, 159-175.

Winer, Russell S. (1999), "Experimentation in the 21st Century: The Importance of External Validity," *Journal of the Academy of Marketing Science*, 27 (Summer), 349-358 (with commentary). Reprinted in J. Fitchett and A. Davies, eds., *Consumer Research Methods* (New Delhi: Sage Publications), 2013.

Villas-Boas, J. Miguel and Russell S. Winer (1999), "Endogeneity in Brand Choice Models," *Management Science*, 45 (October), 1324-1338. **Winner of the inaugural 2009 ISMS Long-Term Impact award**.

Winer, Russell S. (1999), "Situation Analysis," in *The Technology Management Handbook*, edited by R. C. Dorf, Boca Raton, FL: CRC Press, 12-2 – 12-8.

Winer, Russell S. (2000), "Comment on 'The Historical Growth of Statistical Significance Testing in Psychology—And Its Future Prospects," *Educational and Psychological Measurement*, 60 (October), 693-6.

Winer, Russell S. (2000), "Comment on Leeflang and Wittink," *International Journal of Research in Marketing*, 17, 141-5.

Winer, Russell S. (2001), "A Framework for Customer Relationship Management," *California Management Review*, 43 (Summer), 89-105 (Finalist for Best Paper of 2001).

Ofir, Chezy and Russell S. Winer (2002), "Pricing: Economic and Behavioral Models," *Handbook of Marketing*, B. Weitz and R. Wensley, eds., London: Sage Publications Ltd, 267-81.

Lemon, Katherine M., Tiffany Barnett White, and Russell S. Winer (2002), "Dynamic Customer Relationship Management: Incorporating Future Considerations into the Service Retention Decision," *Journal of Marketing*, 66 (January), 1-14. **Winner of the Donald R. Lehmann award for the best paper published from a doctoral dissertation**.

Ilfeld, Johanna S. and Russell S. Winer (2002), "Generating Web Site Traffic: An Empirical Analysis of Web Site Visitation Behavior," *Journal of Advertising Research*, 42 (September/October), 49-61.

Winer, Russell S. (2004), "Customer Relationship Management on the Web," in *The Internet Encyclopedia*, H. Bidogli, ed., Hoboken, NJ: John Wiley & Sons, 315-325.

Feldman, David and Russell S. Winer (2004), "Separating Signaling Equilibria Under Random Relations Between Costs and Atributes: Continuum of Attributes," *Mathematical Social Sciences*, 48, 81-91.

Naik, Prasad A., Kalyan Raman, and Russell S. Winer (2005), "Planning Marketing-Mix Strategies in the Presence of Interaction Effects: Empirical and Equilibrium Analysis," *Marketing Science*, 24 (Winter), 25-34.

Albert, Terri and Russell S. Winer (2005), "Capturing Customers' Spare Change," *Harvard Business Review*, 83 (March), 28.

Steckel, Joel, Russ Winer, Randy Bucklin, Benedict Dellaert, Xavier Drèze, Gerald Häubl, Sandy Jap, John Little, Tom Meyvis, Alan Montgomery, Arvind Rangaswamy (2005), "Choice in Interactive Environments," *Marketing Letters*, 16 (December), 309-20.

Fligler, Ariel, Gila E. Fruchter, and Russell S. Winer (2006), "Optimal Product Line Design Using Genetic Algorithms," *Journal of Optimization Theory and Applications*, 131 (November), 227-244.

Petersen, J. Andrew, Leigh McAlister, David J. Reibstein, Russell S. Winer, V. Kumar, and Geoff Atkinson (2009), "Choosing the Right Metrics to Maximize Profitability and Shareholder Value," *Journal of Retailing*, 85, number 1, 95-111.

Winer, Russell S. (2009), "New Communications Approaches in Marketing: Issues and Research Directions," *Journal of Interactive Marketing*, 23 (May), 108-117.

Inman, J. Jeffrey, Russell S. Winer, and Rosellina Ferraro (2009), "The Interplay Between Category Characteristics, Customer Characteristics, and Customer Activities on In-Store Decision Making," *Journal of Marketing*, 73 (September), 19-29.

Lemon, Katherine N., Priya Raghubir, John Roberts, and Russell S. Winer (2010), "Why, When and How should the Effect of Marketing be Measured? A Stakeholder Perspective for Corporate Social Responsibility Metrics," *Journal of Public Policy & Marketing*, 29 (Spring), 66-77.

Lemon, Katherine N., John H. Roberts, Priya Raghubir, and Russell S. Winer (2011), "Measuring the Effects of Corporate Social Responsibility," *The Conference Board: Director Notes*, 3 (April), 1-13.

Winer, Russell S. (2012), "Behavioral Perspectives on Pricing Strategy," in V. Shankar and G. Carpenter, eds. *Handbook of Marketing Strategy*, (Cheltenham, U.K.: Edward Elgar), 248-260.

Yang, Sha, Mantian Hu, Russell S. Winer, Henry Assael, and Xiaohong Chen (2012), "An Empirical Study of Word-of-Mouth Generation and Consumption," *Marketing Science*, 31 (November-December), 952-963.

Winer, Russell S. (2013), "Pricing," forthcoming in R.S. Winer and S.A. Neslin, eds., *The History of Marketing Science*, (Boston: now publishers).

Bauer, Johannes, Philip Schmitt, Vicky G. Morwitz, and Russell S. Winer (2013), "Managerial Decision-Making in Customer Management: Adaptive, Fast, and Frugal?" forthcoming, *Journal of the Academy of Marketing Science*.

Winer, Russell S. (2013), "Advertising in 2020," Wharton Future of Advertising project.


Miscellaneous

Winer, Toby R. and Russell S. Winer (1987), "Integrating Strategic Planning Concepts into the Negotiating Process," *Planning for Higher Education*, 15, 1-4.

Winer, Russell S. (1988), "Global Marketing: The Debate Revisited, *The Owen Manager*, 9 (Spring), 12-15.

Winer, Russell S. (1997), book review of *Against the Gods: The Remarkable Story of Risk*, by Peter L. Bernstein, *Journal of Marketing*, 61 (July), 112-3.

Winer, Russell S. (1998), "Editorial," *Journal of Marketing Research*, 35 (February), iii-v.

Erdem, Tülin and Russell S. Winer (2002), "Introduction to Special Issue on Choice Modeling," *Marketing Letters*, 13 (August), 157-61.

Greenleaf, Eric A., Vicki G. Morwitz, and Russell S. Winer (2004), "Helping Hands," *STERNbusiness*, (Fall/Winter), 42-47.

Winer, Russell S. (2005), "From the Editor," *Journal of Marketing Research*, 42 (August), iii.

Winer, Russell S. (2006), "A New Reviewing System for the *Journal of Marketing Research*," *Journal of Marketing Research*, 43 (May), 135-6.

Winer, Russell S. (2007), "Editorial," *Review of Marketing Science*, Vol. 5, Article 1.

Lehmann, Donald R. and Russell S. Winer (2009), "Introduction to Special Issue on Organic Growth," *International Journal of Research in Marketing*, 26 (December), 261-2.

Winer, Russell S. (2011), "2009-2010 ISMS-MSI Practice Prize Competition: Special Section Introduction," *Marketing Science*, 30 (July-August), 565-7.

Fader, Peter S. and Russell S. Winer (2012), Introduction to Special Issue on "The Emergence and Impact of User Generated Content, " *Marketing Science*, 369-371.

Winer, Russell S. (2013), "2011-2012 Gary L. Lilien ISMS-MSI Practice Prize Competition: Special Section Introduction," *Marketing Science*, 32 (March-April), 191-193.


Work Submitted or in Progress

Vishal Narayan, Sha Yang, and Russell S. Winer, "Modeling the Interdependence of Seller Density and Cross-Category Consumer Expenditure," under third round review at *Marketing Science*.

Stephanie M. Tully and Russell S. Winer, "Are People Willing to Pay More for Socially Responsible Products: A Meta-Analysis," under review, *Journal of Retailing*.

David Feldman and Russell S. Winer, "Pricing Under Noisy Signalling," under review at the *Review of Quantitative Finance and Accounting*.

Russell S. Winer and Luca Petruzzellis, "Mass Customization."

NYU, Temple University teams, "Neuro 2: New Insights for Predicting Advertising Success," sponsored by the Advertising Research Foundation.

Cases

"Manischewitz," (2003)

"Rheingold Beer," (2003)

"DeBeers," (2004)

"NYC2012," (2004)

"Brooklyn Brewing," (2010)


**DOCTORAL STUDENT DISSERTATION COMMITTEES**
(in chronological order)

Terry Elrod
Horst Bender
Kapil Bawa
Srinivasan Ratneshwar
Connie Pechmann
T.C. Srinivasan (Chair)

Glenn Mayhew (Chair)
Sue O'Curry (Psychology)
Shi-jie Chang (Psychology)
Matt Nagler (Economics)
Lisa Ordóñez (Psychology)
Kay Lemon (Chair)
Mark Stiving (Chair)
Judi Strebel
Harish Chand (Economics)
Nick Lurie
Heather Honea (Co-chair)
Sharon Horsky (Chair)
Joseph Pancras
Vishal Narayan (Co-chair)
Jane Gu
Rachel Shacham
Isaac Dinner (Columbia)
Mandy Hu (Co-Chair)
Wenbo Wang (Co-Chair)
Sang Hee Bae (Co-Chair)
Beibei Lei (Information Systems)

**RESEARCH GRANTS**

Various small grants from the Marketing Science Institute

NSF Grant SES-9309812, "Endogeneity in Brand Choice Models," with Miguel Villas-Boas, $83,000

**COMMUNITY SERVICE**

Board member, Beth Jacob Congregation, Oakland, California (1990-2003); President (1993-5)
Board member, Conservative Synagogue of Fifth Avenue (2010- )
Board member, Piedmont (California) Soccer Club (1996-2000)
Referee for youth and high school soccer