Plaintiff's Summary Judgment

# EXHIBIT 76



Plaintiff's Summary Judgment Exhibit 76
NOVALOGIC 000049702