THOMAS V. GIRARDI, State Bar No. 36603
tgirardi@girardikeese.com
HOWARD B. MILLER, State Bar No. 31392
hmiller@girardikeese.com
GRAHAM B. LIPPSMITH, State Bar No. 221984
glippsmith@girardikeese.com
GIRARDI │ KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

MILORD A. KESHISHIAN, SBN 197835
MILORD & ASSOCIATES, P.C.
2029 Century Park East, Ste. 2100
Los Angeles, CA 90067
Tel: (310) 226-7878
Fax: (310) 226-7879
milord@milordlaw.com

Attorneys for Plaintiff NOVALOGIC, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVALOGIC, INC., a California corporation, | CASE NO. CV12-04011 JFW (SHx) |
| Plaintiff, | **NOTICE OF LODGING OF CERTAIN EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| ACTIVISION BLIZZARD, a Delaware corporation; ACTIVISION PUBLISHING, a Delaware corporation; VOYETRA TURTLE BEACH, INC., a New York corporation; PENGUIN GROUP (USA), INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; and DOES 1 through 10, | |
| Defendants. | Hon. John F. Walter<br>Date: May 13, 2013<br>Time: 1:30 p.m.<br>Courtroom: 16 |

Plaintiff Novalogic, Inc. is hereby lodging the following exhibits submitted in support of its Opposition to Motion for Partial Summary Judgment:

| Declarant | Exhibit |
|---|---|
| **Graham B. LippSmith** | Exhibit 87: documents (headsets) produced by Voyetra Turtle Beach, Inc. |
| **John Garcia** | Exhibit 78: collection of Internet postings, YouTube videos and Facebook postings. |

All of these exhibits are being lodged with the Court because they are "[n]on-paper physical exhibits, or paper exhibits the size of which makes it impracticable for them to be scanned into PDF format...." L.R. 5-4.2; see also L.R. 11-5.1.  These documents are integral exhibits to the motion before the Court and Plaintiff's Opposition thereto, as they concern the parties' marks at issue and cannot be provided in paper form.

Dated:      May 13, 2013                    GIRARDI | KEESE

                                    By:    */s/ Graham B. LippSmith*
                                           THOMAS V. GIRARDI
                                           HOWARD B. MILLER
                                           GRAHAM B. LIPPSMITH
                                           Attorneys for Plaintiffs

1