THOMAS V. GIRARDI, State Bar No. 36603
tgirardi@girardikeese.com
HOWARD B. MILLER, State Bar No. 31392
hmiller@girardikeese.com
GRAHAM B. LIPPSMITH, State Bar No. 221984
glippsmith@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

MILORD A. KESHISHIAN, SBN 197835
MILORD & ASSOCIATES, P.C.
2029 Century Park East, Ste. 2100
Los Angeles, CA 90067
Tel: (310) 226-7878
Fax: (310) 226-7879
milord@milordlaw.com

Attorneys for Plaintiff NOVALOGIC, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| NOVALOGIC, INC., a California corporation, Plaintiff, v. ACTIVISION BLIZZARD, a Delaware corporation; ACTIVISION PUBLISHING, a Delaware corporation; VOYETRA TURTLE BEACH, INC., a New York corporation; PENGUIN GROUP (USA), INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; and DOES 1 through 10, Defendants. | CASE NO. CV12-04011 JFW (SHx)<br><br>**DECLARATION OF GRAHAM B. LIPPSMITH IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL**<br><br>Hon. John F. Walter<br>DATE:<br>TIME: 1:30 p.m. |
|---|---|

# DECLARATION OF GRAHAM B. LIPPSMITH

I, GRAHAM B. LIPPSMITH, declare as follows:

1. I am an attorney at the law firm of Girardi | Keese and one of the attorneys of record herein for Plaintiff NovaLogic, Inc. ("Plaintiffs") in the above-captioned matter. Unless otherwise indicated, I have personal knowledge of the matters stated in this declaration. If called as a witness, I could and would testify competently the following.

2. I make this declaration in support of Plaintiffs' Application to File Under Seal.

3. On January 31, 2013, Magistrate Judge Stephen J. Hillman granted Defendants' motion for protective order and entered a stipulated protective order. **[ECF No. 33]**.

4. The protective order requires parties to designate as confidential any non-public personal, financial, or otherwise privileged information disclosed in discovery and depositions. It further requires a party to contest the confidential nature of any matter within fifteen days of its designation.

5. At the request of Defendants, each party is required to provide notice ten days to opposing counsel prior to disclosing any confidential documents to an expert.

6. The protective order further requires parties to file under seal any pleadings, motions, or other papers submitted to the court that contained designated confidential information.

7. In Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment and Plaintiff's Response to Defendants' Separate Statement of Undisputed Facts, and related filings which include separate statements and the Declaration of Graham B. LippSmith in support thereof, Plaintiff attaches, quotes, and discusses documents designated as confidential pursuant to the aforementioned protective order. Indeed, many of the exhibits referred to in the aforementioned Declaration and separately bound and filed have been so designated.

8. Thus, pursuant to the operative protective order, Plaintiff respectfully requests that the Court permit Plaintiff to file the following under seal:

- Plaintiff's Opposition to Motion for Partial Summary Judgment: Memorandum of Points and Authorities in Support Thereof;
- Plaintiff's Response to Defendants' Separate Statement of Undisputed Facts; Plaintiff's Statement of Additional Material Facts Filed in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment;
- Declaration of Graham B. LippSmith in Support of Plaintiffs' Opposition to Defendant's Motion for Partial Summary Judgment and Exhibits Thereto; and
- Plaintiff's [Proposed] Judgment Pursuant to Fed. R. Civ. P. 45.

I certify that the foregoing is true and correct. Executed under the penalty of perjury this 13th day of May 2013, in Los Angeles, California.

    /s/ Graham B. LippSmith
    GRAHAM B. LIPPSMITH

DECLARATION OF GRAHAM B. LIPPSMITH IN SUPPORT OF PLAINTIFFS' APPLICATION TO FILE UNDER SEAL

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1126 Wilshire Boulevard, Los Angeles, California 90017-1904.

On May 13, 2013, I served the foregoing document described as, **DECLARATION OF GRAHAM B. LIPPSMITH IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL,** on all interested parties in this action as set forth on the attached service list in the following manner:

### SEE ATTACHED SERVICE LIST

☑ **BY MAIL:** I am familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

☐ **BY OVERNIGHT MAIL:** I caused said document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL SERVICE:** By causing personal delivery of the document listed above to the person at the address set forth on the attached service list.

☑ **BY ELECTRONIC SERVICE:** I caused the above document to be sent to the listed addressee(s) in the attached service list via email.

☐ STATE   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ FEDERAL   I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

Executed on May 13, 2013, at Los Angeles, California.

_____
LAURA EVANS

## SERVICE LIST

Karin G. Pagnanelli
Marc E. Mayer
Gilbert Lee
MITCHELL, SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90066-1683
Tel:  (310) 312-2000
Fax:  (310) 312-3100
kgp@msk.com
mem@msk.com
gsl@msk.com

Attorneys for Defendants ACTIVISION BLIZZARD, ACTIVISION PUBLISHING, VOYETRA TURTLE BEACH, INC., PENGUIN GROUP (USA), INC. and Counterclaimant ACTIVISION PUBLISHING, INC.


Milord A. Keshishian
MILORD & ASSOCIATES, P.C.
2029 Century Park East, Ste. 2100
Los Angeles, CA 90067
Tel:  (310) 226-7878
Fax:  (310) 226-7879
milord@milordlaw.com

Attorneys for Plaintiff and Counterclaim Defendant NOVALOGIC, INC.