THOMAS V. GIRARDI, State Bar No. 36603
tgirardi@girardikeese.com
HOWARD B. MILLER, State Bar No. 31392
hmiller@girardikeese.com
GRAHAM B. LIPPSMITH, State Bar No. 221984
glippsmith@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977-0211
Facsimile:   (213) 481-1554

MILORD A. KESHISHIAN, SBN 197835
MILORD & ASSOCIATES, P.C.
2029 Century Park East, Ste. 2100
Los Angeles, CA 90067
Tel:   (310) 226-7878
Fax:   (310) 226-7879
milord@milordlaw.com

Attorneys for Plaintiff NOVALOGIC, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVALOGIC, INC., a California corporation,<br><br>           Plaintiff,<br>    v.<br><br>ACTIVISION BLIZZARD, a Delaware corporation; ACTIVISION PUBLISHING, a Delaware corporation; VOYETRA TURTLE BEACH, INC., a New York corporation; PENGUIN GROUP (USA), INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; and DOES 1 through 10,<br><br>           Defendants. | CASE NO. CV12-04011 JFW (SHx)<br><br>**DECLARATION OF GRAHAM B. LIPPSMITH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[PORTIONS OF EX. 84 FILED UNDER SEAL]**<br><br>Hon. John F. Walter<br>DATE: June 17, 2013<br>TIME: 1:30 p.m. |

1
DECLARATION OF GRAHAM B. LIPPSMITH

## **DECLARATION OF GRAHAM B. LIPPSMITH**

I, GRAHAM B. LIPPSMITH, declare as follows:

1. I am an attorney at the law firm of Girardi | Keese and one of the attorneys of record herein for Plaintiff, NovaLogic in the above-captioned matter. Unless otherwise indicated, I have personal knowledge of the matters stated in this declaration, and if called as a witness, I could and would testify competently thereto. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment.

2. A true and correct copy of photographs of NovaLogic's *Delta Force* video game (Bates # NOVALOGIC 123-124) is attached hereto as Exhibit 80.

3. A true and correct copy of NovaLogic's registration for the word mark on the text: "DELTA FORCE" (U.S. Reg. 2,302,869) (the "Delta Force® Mark") (Bates # NOVALOGIC52-109) is attached hereto as Exhibit 81.

4. A true and correct copy of NovaLogic's registration for the design mark on the Logo (U.S. Reg. No. 2,704,298) (the "Logo") (Bates # NOVALOGIC 1-51) is attached hereto as Exhibit 82.

5. A true and correct copy of websites discussing Delta Force, including a webpage from the United States army showing that no results are listed for a search of "Delta Force" (Bates # NOVALOGIC 177-181, 195; 49638-49641) is attached hereto as Exhibit 83.

6. A true and correct copy of documents produced by Defendants Activision Blizzard and Activision Publishing (collectively "Activision") is attached hereto as Exhibit 84. Portions of this exhibit are filed under seal pursuant to the Court's order dated May 22, 2013. Although designated confidential, the following documents are also attached in Exhibit 84 and not filed under seal pursuant to the agreement of the parties: ACTIV0020872 – 20884, 24170 – 24172, 22974, 22726, 22931.

7. A true and correct copy of the letter of intent and relating to the license agreement between Vivendi Games (an entity that merged with Activision) and NovaLogic is attached hereto as Exhibit 85.

8. A true and correct copy of statements regarding royalties paid by Activision to NovaLogic pursuant to their license agreement is attached hereto as Exhibit 86.

9. A true and correct copy of documents produced by Voyetra Turtle Beach, Inc. is attached hereto as Exhibit 87.

10. A true and correct copy of the ten factions that players can choose in the multi-player missions, and screen shots of the Infringing Logo throughout *MW3*, is attached hereto as Exhibit 88.

11. A true and correct copy of the official Facebook and Twitter pages created by NovaLogic, Activision, and BradyGAMES is attached hereto as Exhibit 89.

12. A true and correct copy of NovaLogic's Logo and Activision's Infringing Logo is attached hereto as Exhibit 90.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 23rd day of May, 2013 in Los Angeles, California.

        /s/ Graham B. LippSmith
        GRAHAM B. LIPPSMITH

3
DECLARATION OF GRAHAM B. LIPPSMITH